**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jet It LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2469456 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5305 Limestone Road, Suite 200 Wilmington, DE 19808** | **5820 N. Church St., Suite D, PMB 357 Greensboro, NC 27455** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Castle** | Location of principal assets, if different from principal place of business |
| County | **6334 Monnett Road, Hangar 29 Climax, NC 27233** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Jet It LLC**
Name

Case number (*if known*)

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_4812_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Debtor     **Jet It LLC**                                                          Case number *(if known)*
            Name

List all cases. If more than 1,
attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

              Contact name _____

              Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Jet It LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 24, 2025**
MM / DD / YYYY

X _____   **Glenn Gonzales**
Signature of authorized representative of debtor   Printed name

Title   **Managing Member & CEO**

---

**18. Signature of attorney**

X   /s/ Howard A. Cohen                        Date   **December 24, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Howard A. Cohen 4082**
Printed name

**Fox Rothschild LLP**
Firm name

**1201 N. Market Street, Suite 1200**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-427-5507**        Email address   **HCohen@foxrothschild.com**

**4082 DE**
Bar number and State

# JET IT, LLC

## ACTION BY WRITTEN CONSENT OF THE MANAGER

IT IS RESOLVED that in the judgment of the Manager, it is desirable and in the best interests of **Jet It, LLC**, a Delaware domestic limited liability company (the "Company"), that the Company commence a Chapter 7 case (the "Chapter 7 Case") by filing a voluntary petition for relief under the provisions of chapter 7 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that the Manager of the Company or any other duly authorized officer or officers (the "Proper Officers") of the Company are hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 7 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Delaware, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 7 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 7 case by the Company, the Proper Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 7 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officers of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 7 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

160845741.1

FURTHER RESOLVED that the Proper Officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Proper Officers shall approve, to provide services to the Company as may be requested by the Property Officers of the Company in connection with the chapter 7 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officers or the Manager of the Company to file the voluntary petition for relief under chapter 7 of the Bankruptcy Code or in any other connection with the chapter 7 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 23rd day of December, 2025.

**JET IT, LLC,**
**a Delaware domestic limited liability company**

By: _____

GLENN GONZALES, Manager

**Fill in this information to identify the case:**

Debtor name   **Jet It LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 24, 2025**          X _____
                                                 Signature of individual signing on behalf of debtor

                                                  **Glenn Gonzales**
                                                  Printed name

                                                  **Managing Member & CEO**
                                                  Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Delaware

In re **Jet It LLC**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 24, 2025**

*Date*

/s/ Howard A. Cohen

**Howard A. Cohen 4082**

*Signature of Attorney*

**Fox Rothschild LLP**
**1201 N. Market Street, Suite 1200**
**Wilmington, DE 19801**
**302-427-5507   Fax: 302-656-8920**
**HCohen@foxrothschild.com**

*Name of law firm*

**Fill in this information to identify the case:**

Debtor name      **Jet It LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

> 1a. **Real property:**
> Copy line 88 from *Schedule A/B*..................................................................................................    $ _____ **0.00**

> 1b. **Total personal property:**
> Copy line 91A from *Schedule A/B*..............................................................................................    $ _____ **1,156,638.16**

> 1c. **Total of all property:**
> Copy line 92 from *Schedule A/B*.................................................................................................    $ _____ **1,156,638.16**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **26,525,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

> 3a. **Total claim amounts of priority unsecured claims:**
> Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **1,569.54**

> 3b. **Total amount of claims of nonpriority amount of unsecured claims:**
> Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **9,723,158.40**

4.  **Total liabilities** ...............................................................................................................................
Lines 2 + 3a + 3b    $ _____ **36,249,727.94**

**Fill in this information to identify the case:**

Debtor name **Jet It LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TowneBank<br>628 Green Valley Road<br>Greensboro, NC 27408 | Business Checking | 7329 | $109,658.32 |
| 3.2. | RBC Royal Bank Canada<br>10 York Mills Road, 3rd Floor<br>Toronto, ON Canada ON M2P 0A2 | Business Checking | 7102 | $66.00 |
| 3.3. | RBC Royal Bank Canada<br>10 York Mills Road, 3rd Floor<br>Toronto, ON Canada ON M2P 0A2 | Business Checking | 3776 | $1,121.00 |
| 3.4. | TowneBank<br>628 Green Valley Road<br>Greensboro, NC 27408 | Business Premium Access MM | 2488 | $45,118.90 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $155,964.22 |
|---|

**Part 2:**     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.

Debtor    **Jet It LLC**                                         Case number *(If known)* _____
            Name

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    ___**5,793,022.46**___    -    ___**5,793,022.46**___ =....    **Unknown**
                          face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    **$0.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                          % of ownership

|  |  |  |  |  |
|---|---|---|---|---|
| 15.1. | Jet It Canada Corp. (C-Corp)<br>125 S. Elm Street, Suite 300<br>Greensboro, NC  27401 | 100  % | N/A | $0.00 |
| 15.2. | Jet It Canada Management Co.<br>125 S. Elm Street, Suite 300<br>Greensboro, NC  27401 | 100  % | N/A | $0.00 |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                    **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Jet It LLC**                                         Case number *(If known)* _____
          <sub>Name</sub>

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Freightliner Sprinter Van (VIN W2W4DCHYXMT047842)** | **$0.00** | **N/A** | **Unknown** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1. **Aircraft Maintenance Equipment & Tools (See Attached List) (Located at: Greensboro Executive Airport. 6334 Monnett Road, Climax, NC 27233)** | **Unknown** | | **Unknown** |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| 51. | **Total of Part 8.** | **$0.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Jet It LLC**
_____    Case number *(If known)* _____
Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Jet It Corporate Logo & Trademark | **$0.00** | **N/A** | **$0.00** |
| 61. **Internet domain names and websites** www.gojetit.com | **$0.00** | **N/A** | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer List (Confidentiality Agreements in place) | **Unknown** | **N/A** | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**CARES Act Employee Retention Credits (Quarter: Fourth - $126,501.30)**    Tax year **2020**    **$126,501.00**

Debtor __**Jet It LLC**_____   Case number *(If known)* _____
       Name

**CARES Act Employee Retention Credits (Quarters:  First
- $407,638.89 & Second - $466,534.05)**    Tax year  **2021**_____    **$874,172.94**

---

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**
**Potential Action against Honda Aircraft Company (HACI)
Estimated Value: $100M.  However Ben Crump Law has
represented the Debtor through provision of letters to
HACI.  It is believed that a previous settlement may
prevent legal pursuit of claim.**                       **Unknown**

**Nature of claim**    **Breach of Contract**_____
**Amount requested** _____**$0.00**

---

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**                                          **$1,000,673.94**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor      **Jet It LLC**                                          Case number *(If known)* _____
            Name

<table>
<tr><td colspan="2" style="background:#333;color:#fff"><strong>Part 12:</strong> Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $155,964.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,673.94 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,156,638.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,156,638.16 |

Jet It LLC Accounts Receivable (Customers - Unpaid)

| Number | Customer | Invoice date | Due date | Payment status | Total |
|--------|----------|--------------|----------|----------------|-------|
| 6646 | Ainar Aijala | 05/31/2023 | 06/09/2023 | Unpaid | $14,779.50 |
| 6647 | Al Zollar | 05/31/2023 | 06/09/2023 | Unpaid | $2,610.00 |
| 6648 | Andrew Martin | 05/31/2023 | 06/09/2023 | Unpaid | $23,133.80 |
| 6445 | Andrew Martin | 04/30/2023 | 05/09/2023 | Unpaid | $26,298.80 |
| 6649 | Andrew Taitz | 05/31/2023 | 06/09/2023 | Unpaid | $10,251.05 |
| 6650 | Andy Russell | 05/31/2023 | 06/09/2023 | Unpaid | $2,535.13 |
| 6651 | Anthony Gucciardo | 05/31/2023 | 06/09/2023 | Unpaid | $7,558.84 |
| 6652 | Arthur Bellis | 05/31/2023 | 06/09/2023 | Unpaid | $1,493.50 |
| 6653 | Ashwyn Singh | 5/31/2023 | 06/09/2023 | Unpaid | $2,672.45 |
| 6449 | Ashwyn Singh | 04/30/2023 | 05/09/2023 | Unpaid | $15,945.00 |
| 6359 | Ashwyn Singh | 04/02/2023 | 04/12/2023 | Unpaid | $6,630.00 |
| 5701 | Ashwyn Singh | 01/31/2023 | 02/09/2023 | Unpaid | $13,620.00 |
| 5479 | Ashwyn Singh | 01/02/2023 | 01/12/2023 | Unpaid | $8,536.10 |
| 5183 | Ashwyn Singh | 11/30/2022 | 12/09/2022 | Unpaid | $11,481.00 |
| 4963 | Ashwyn Singh | 10/31/2022 | 11/10/2022 | Unpaid | $4,530.50 |
| 4745 | Ashwyn Singh | 10/02/2022 | 10/12/2022 | Unpaid | $143.26 |
| 4245 | Ashwyn Singh | 06/30/2022 | 07/09/2022 | Unpaid | $3,083.80 |
| 3832 | Ashwyn Singh | 05/31/2022 | 06/09/2022 | Unpaid | $8,649.00 |
| 3377 | Ashwyn Singh | 03/31/2022 | 04/10/2022 | Unpaid | $7,910.00 |
| 1513 | Ashwyn Singh | 06/03/2021 | 06/08/2021 | Unpaid | $16,521.05 |
| 6654 | Bill McDaniels | 05/31/2023 | 06/09/2023 | Unpaid | $6,210.00 |
| 6655 | Bill Treffert | 05/31/2023 | 06/09/2023 | Unpaid | $15,490.19 |
| 6656 | Bradley Robertson | 05/31/2023 | 06/09/2023 | Unpaid | $8,064.90 |
| 6452 | Bradley Robertson | 04/30/2023 | 05/09/2023 | Unpaid | $13,905.00 |
| 6227 | Bradley Robertson | 04/02/2023 | 04/12/2023 | Unpaid | $13,905.00 |
| 5981 | Bradley Robertson | 02/28/2023 | 03/09/2023 | Unpaid | $13,905.00 |
| 5704 | Bradley Robertson | 01/31/2023 | 02/09/2023 | Unpaid | $13,905.00 |
| 5482 | Bradley Robertson | 01/02/2023 | 01/12/2023 | Unpaid | $13,500.00 |
| 5186 | Bradley Robertson | 11/30/2022 | 12/09/2022 | Unpaid | $13,500.00 |
| 4966 | Bradley Robertson | 10/31/2022 | 11/09/2022 | Unpaid | $13,500.00 |
| 6657 | Brantley White | 05/31/2023 | 06/09/2023 | Unpaid | $9,032.60 |
| 6453 | Brantley White | 04/30/2023 | 05/09/2023 | Unpaid | $33,999.30 |
| 6658 | Brian DuMont | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6454 | Brian DuMont | 04/30/2023 | 05/09/2023 | Unpaid | $13,555.60 |
| 6659 | Brian Wainwright | 05/31/2023 | 06/09/2023 | Unpaid | $7,570.20 |
| 6660 | Bruce Belcher | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6661 | Bruce Lakefield | 05/31/2023 | 06/09/2023 | Unpaid | $7,185.89 |
| 4691 | Buford Ortale | 08/31/2022 | 09/10/2022 | Unpaid | $3,000.00 |
| 6662 | Cam Chalmers | 05/31/2023 | 06/09/2023 | Unpaid | $3,883.10 |
| 6663 | Carl Merzi | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6664 | Chip Taylor | 05/31/2023 | 06/09/2023 | Unpaid | $1,305.00 |
| 6665 | Clete Brewer | 05/31/2023 | 06/09/2023 | Unpaid | $9,847.80 |
| 6666 | Cleves Delp | 05/31/2023 | 06/09/2023 | Unpaid | $17,735.40 |
| 6667 | Cole Rubin | 05/31/2023 | 06/09/2023 | Unpaid | $1,999.80 |
| 6668 | Craig Fuller | 05/31/2023 | 06/09/2023 | Unpaid | $10,090.50 |
| 6466 | Craig Fuller | 04/30/2023 | 05/09/2023 | Unpaid | $4,635.00 |
| 6669 | Craig Hudson | 05/31/2023 | 06/09/2023 | Unpaid | $3,285.70 |
| 6670 | Daniel Wilson | 05/31/2023 | 06/09/2023 | Unpaid | $2,768.95 |

Jet It LLC Accounts Receivable (Customers - Unpaid)

| 6671 | Danny Gaekwad | 05/31/2023 | 06/09/2023 | Unpaid | $50,425.00 |
|---|---|---|---|---|---|
| 6672 | Danny Kaufman | 05/31/2023 | 06/09/2023 | Unpaid | $3,190.00 |
| 6470 | Danny Kaufman | 04/30/2023 | 05/09/2023 | Unpaid | $5,500.00 |
| 6246 | Danny Kaufman | 04/02/2023 | 04/12/2023 | Unpaid | $14,930.00 |
| 6673 | David Abell | 05/31/2023 | 06/09/2023 | Unpaid | $5,526.45 |
| 6674 | David Fassler | 05/31/2023 | 06/09/2023 | Unpaid | $12,026.80 |
| 6675 | David Jones | 05/31/2023 | 06/09/2023 | Unpaid | $2,390.12 |
| 6474 | David Jones | 04/30/2023 | 05/09/2023 | Unpaid | $4,120.90 |
| 6250 | David Jones | 04/02/2023 | 04/12/2023 | Unpaid | $4,120.90 |
| 6676 | David Kantor | 05/31/2023 | 06/09/2023 | Unpaid | $2,610.00 |
| 6677 | David McKinnon | 05/31/2023 | 06/09/2023 | Unpaid | $13,951.19 |
| 6678 | David Miller | 05/31/2023 | 06/09/2023 | Unpaid | $13,643.80 |
| 6679 | David O'Brien | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 2703 | David O'Leary | 12/21/2021 | 12/21/2021 | Unpaid | $22,000.00 |
| 6681 | David, Chapman and Wayne Ducote | 05/31/2023 | 06/09/2023 | Unpaid | $7,100.00 |
| 6256 | David, Chapman and Wayne Ducote | 04/02/2023 | 04/12/2023 | Unpaid | $17,767.96 |
| 6682 | Deborah Creel | 05/31/2023 | 06/09/2023 | Unpaid | $3,584.40 |
| 6481 | Deborah Creel | 04/30/2023 | 05/09/2023 | Unpaid | $6,180.00 |
| 6683 | Dennis Reed | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6684 | Derek Rundell | 05/31/2023 | 06/09/2023 | Unpaid | $8,064.90 |
| 6483 | Derek Rundell | 04/30/2023 | 05/09/2023 | Unpaid | $13,905.00 |
| 6259 | Derek Rundell | 04/02/2023 | 04/12/2023 | Unpaid | $13,905.00 |
| 6013 | Derek Rundell | 02/28/2023 | 03/09/2023 | Unpaid | $13,905.00 |
| 5736 | Derek Rundell | 01/31/2023 | 02/09/2023 | Unpaid | $13,905.00 |
| 5517 | Derek Rundell | 01/02/2023 | 01/12/2023 | Unpaid | $13,500.00 |
| 5222 | Derek Rundell | 11/30/2022 | 12/09/2022 | Unpaid | $13,500.00 |
| 5000 | Derek Rundell | 10/31/2022 | 11/09/2022 | Unpaid | $20,627.56 |
| 6685 | Eddie Trujillo | 05/31/2023 | 06/09/2023 | Unpaid | $6,104.70 |
| 6686 | Erik Gilje | 05/31/2023 | 06/09/2023 | Unpaid | $2,610.00 |
| 6687 | Fergus Campbell | 05/31/2023 | 06/09/2023 | Unpaid | $3,485.80 |
| 6486 | Fergus Campbell | 04/30/2023 | 05/09/2023 | Unpaid | $6,010.00 |
| 6688 | Fred Reichheld | 05/31/2023 | 06/09/2023 | Unpaid | $30,870.00 |
| 6689 | Gary Payton | 05/31/2023 | 06/09/2023 | Unpaid | $20,909.10 |
| 6266 | George Graves | 04/02/2023 | 04/12/2023 | Unpaid | $59.52 |
| 6690 | George Wilson | 05/31/2023 | 06/09/2023 | Unpaid | $22,090.75 |
| 6691 | Gil Delgado | 05/31/2023 | 06/09/2023 | Unpaid | $2,320.00 |
| 6692 | Greg Garvey | 05/31/2023 | 06/09/2023 | Unpaid | $5,579.26 |
| 6694 | Haresh Tharani | 05/31/2023 | 06/09/2023 | Unpaid | $1,740.00 |
| 6695 | Harris Siskind | 05/31/2023 | 06/09/2023 | Unpaid | $8,288.31 |
| 6696 | Harry Copperman | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6697 | Hollis Cavner | 05/31/2023 | 06/09/2023 | Unpaid | $18,270.00 |
| 6149 | Hollis Cavner | 03/10/2023 | 03/20/2023 | Unpaid | $100,000.00 |
| 6698 | Ian Ross | 05/31/2023 | 06/09/2023 | Unpaid | $12,389.82 |
| 6497 | Ian Ross | 04/30/2023 | 05/09/2023 | Unpaid | $7,793.61 |
| 6699 | Imran Haque | 05/31/2023 | 06/09/2023 | Unpaid | $19,859.56 |
| 6275 | Imran Haque | 04/02/2023 | 04/12/2023 | Unpaid | $24,948.67 |
| 6700 | Jack Draughon | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6701 | James Eagan | 05/31/2023 | 06/09/2023 | Unpaid | $1,792.20 |
| 6702 | James McCann | 05/31/2023 | 06/09/2023 | Unpaid | $8,693.10 |

Jet It LLC Accounts Receivable (Customers - Unpaid)

| 6703 | James Rothman | 05/31/2023 | 06/09/2023 | Unpaid | $2,768.95 |
|------|---------------|------------|------------|--------|-----------|
| 6704 | Jamie LeFrak | 05/31/2023 | 06/09/2023 | Unpaid | $9,610.00 |
| 6503 | Jamie LeFrak | 04/30/2023 | 05/09/2023 | Unpaid | $29,679.93 |
| 6428 | Jamie LeFrak | 04/27/2023 | 05/07/2023 | Unpaid | $34,331.52 |
| 6504 | Jeff Concepcion | 04/30/2023 | 05/09/2023 | Unpaid | $1,708.20 |
| 6705 | Jeff Damavandi | 05/31/2023 | 06/09/2023 | Unpaid | $13,285.12 |
| 6505 | Jeff Damavandi | 04/30/2023 | 05/09/2023 | Unpaid | $4,635.00 |
| 6282 | Jeff Damavandi | 04/02/2023 | 04/12/2023 | Unpaid | $8,101.40 |
| 6706 | Jeff Whiteside | 05/31/2023 | 06/09/2023 | Unpaid | $4,480.50 |
| 6707 | Jim Frondorf | 05/31/2023 | 06/09/2023 | Unpaid | $3,384.27 |
| 6708 | Jim Matthews | 05/31/2023 | 06/09/2023 | Unpaid | $7,400.18 |
| 6508 | Jim Matthews | 04/30/2023 | 05/09/2023 | Unpaid | $32,236.29 |
| 6710 | Jim Stowers | 05/31/2023 | 06/09/2023 | Unpaid | $10,690.00 |
| 6632 | Johan Eveland | 05/31/2023 | 06/10/2023 | Unpaid | $7,380.00 |
| 6711 | Johan Eveland | 05/31/2023 | 06/09/2023 | Unpaid | $14,875.00 |
| 6712 | Jon Halpern | 05/31/2023 | 06/09/2023 | Unpaid | $4,318.80 |
| 6713 | Jose Iglesias | 05/31/2023 | 06/09/2023 | Unpaid | $10,280.00 |
| 5255 | Joseph Cammarata | 11/30/2022 | 12/09/2022 | Unpaid | $1,764.10 |
| 4821 | Joseph Cammarata | 10/02/2022 | 10/12/2022 | Unpaid | $134.22 |
| 2406 | Joseph Cammarata | 10/31/2021 | 11/09/2021 | Unpaid | $13,877.23 |
| 6714 | Josh Kesselman | 05/31/2023 | 06/09/2023 | Unpaid | $10,712.80 |
| 6514 | Josh Kesselman | 04/30/2023 | 05/09/2023 | Unpaid | $3,090.00 |
| 6715 | Keith Byrd | 05/31/2023 | 06/09/2023 | Unpaid | $10,485.00 |
| 6716 | Kevin Adamek | 05/31/2023 | 06/09/2023 | Unpaid | $1,493.50 |
| 6717 | Larry Bird | 05/31/2023 | 06/09/2023 | Unpaid | $13,479.87 |
| 6719 | Mark Bellissimo | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6520 | Mark Bellissimo | 04/30/2023 | 05/09/2023 | Unpaid | $8,051.40 |
| 6295 | Mark Bellissimo | 04/02/2023 | 04/12/2023 | Unpaid | $18,490.40 |
| 6721 | Marty Jacobson | 05/31/2023 | 06/09/2023 | Unpaid | $1,740.00 |
| 6722 | Matt Jones | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6723 | Matt Ovanes | 05/31/2023 | 06/09/2023 | Unpaid | $9,521.10 |
| 6724 | Matt Soule | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6725 | Matthew Hapgood | 05/31/2023 | 06/09/2023 | Unpaid | $9,990.00 |
| 6727 | Matthew Kent | 05/31/2023 | 06/09/2023 | Unpaid | $3,584.40 |
| 6528 | Matthew Kent | 04/30/2023 | 05/09/2023 | Unpaid | $34,470.00 |
| 6728 | Mel Immergut | 05/31/2023 | 06/09/2023 | Unpaid | $13,580.00 |
| 6729 | Metallix | 05/31/2023 | 06/09/2023 | Unpaid | $16,074.60 |
| 6786 | Michael Hall | 07/30/2023 | 08/09/2023 | Unpaid | $64,221.40 |
| 6784 | Michael Hall | 06/29/2023 | 07/09/2023 | Unpaid | $64,221.40 |
| 6645 | Michael Hall | 05/30/2023 | 06/09/2023 | Unpaid | $64,221.40 |
| 6730 | Michael Khavinson | 05/31/2023 | 06/09/2023 | Unpaid | $15,232.57 |
| 6732 | Michael Wolf | 05/31/2023 | 06/09/2023 | Unpaid | $2,610.00 |
| 6733 | Mike Boyer | 05/31/2023 | 06/09/2023 | Unpaid | $5,504.20 |
| 6735 | Muhtar Kent | 05/31/2023 | 06/09/2023 | Unpaid | $2,461.29 |
| 6536 | Muhtar Kent | 04/30/2023 | 05/09/2023 | Unpaid | $4,243.60 |
| 6736 | Nathanael Cressman | 05/31/2023 | 06/09/2023 | Unpaid | $8,837.11 |
| 6737 | Neal Rotenberg | 05/31/2023 | 06/09/2023 | Unpaid | $10,775.00 |
| 6738 | Niall Gannon | 05/31/2023 | 06/09/2023 | Unpaid | $2,768.95 |
| 6739 | Noah Nehlich | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |

Jet It LLC Accounts Receivable (Customers - Unpaid)

| | | | | | |
|---|---|---|---|---|---|
| 6741 | Pam Liebman | 05/31/2023 | 06/09/2023 | Unpaid | $1,740.00 |
| 6542 | Pam Liebman | 04/30/2023 | 05/09/2023 | Unpaid | $9,845.00 |
| 6316 | Pam Liebman | 04/02/2023 | 04/12/2023 | Unpaid | $34,008.46 |
| 6742 | Patrick McKee | 05/31/2023 | 06/09/2023 | Unpaid | $11,340.80 |
| 6743 | Paul McEwan | 05/31/2023 | 06/09/2023 | Unpaid | $12,557.90 |
| 6744 | Peter Collins | 05/31/2023 | 06/09/2023 | Unpaid | $23,945.90 |
| 6745 | Peter Sacripanti | 05/31/2023 | 06/09/2023 | Unpaid | $7,185.89 |
| 6747 | Ramy Eidi | 05/31/2023 | 06/09/2023 | Unpaid | $22,680.00 |
| 6748 | Randy Carver | 05/31/2023 | 06/09/2023 | Unpaid | $3,568.87 |
| 6749 | Randy Perkins | 05/31/2023 | 06/09/2023 | Unpaid | $8,653.00 |
| 6325 | Randy Perkins | 04/02/2023 | 04/12/2023 | Unpaid | $4,120.00 |
| 6750 | Ray Blackburn | 05/31/2023 | 06/09/2023 | Unpaid | $11,618.40 |
| 6751 | Richard Byrne | 05/31/2023 | 06/09/2023 | Unpaid | $1,740.00 |
| 6552 | Richard Byrne | 04/30/2023 | 05/09/2023 | Unpaid | $6,416.40 |
| 6327 | Richard Byrne | 04/02/2023 | 04/12/2023 | Unpaid | $3,000.00 |
| 6753 | Richard Krulik | 05/31/2023 | 06/09/2023 | Unpaid | $5,398.40 |
| 6754 | Richard Magnussen | 05/31/2023 | 06/09/2023 | Unpaid | $6,456.69 |
| 6755 | Richard Szustakowski | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6758 | Robert Reby | 05/31/2023 | 06/09/2023 | Unpaid | $8,370.00 |
| 6759 | Rod Nelson | 05/31/2023 | 06/09/2023 | Unpaid | $12,035.00 |
| 6761 | Romir Bosu | 05/31/2023 | 06/09/2023 | Unpaid | $17,565.00 |
| 6562 | Romir Bosu | 04/30/2023 | 05/09/2023 | Unpaid | $10,330.00 |
| 6762 | Ronald Bacskai | 05/31/2023 | 06/09/2023 | Unpaid | $3,584.40 |
| 6563 | Ronald Bacskai | 04/30/2023 | 05/09/2023 | Unpaid | $6,180.00 |
| 6338 | Ronald Bacskai | 04/02/2023 | 04/12/2023 | Unpaid | $27,627.40 |
| 5138 | Ryan Kirby | 11/07/2022 | 11/07/2022 | Unpaid | $24,860.00 |
| 6764 | Sam Scalise | 05/31/2023 | 06/09/2023 | Unpaid | $11,061.27 |
| 6765 | Scott Innes | 05/31/2023 | 06/09/2023 | Unpaid | $6,470.40 |
| 6567 | Scott Innes | 04/30/2023 | 05/09/2023 | Unpaid | $34,319.93 |
| 6340 | Scott Innes | 04/02/2023 | 04/12/2023 | Unpaid | $29,566.00 |
| 6766 | Scott Wilson | 05/31/2023 | 06/09/2023 | Unpaid | $14,045.20 |
| 6767 | Sergio Akselrad | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6768 | Seth Coker | 05/31/2023 | 06/09/2023 | Unpaid | $2,688.30 |
| 6769 | Shields Ferber | 05/31/2023 | 06/09/2023 | Unpaid | $25,365.00 |
| 6770 | Stephen Vecchitto | 05/31/2023 | 06/09/2023 | Unpaid | $18,675.00 |
| 6771 | Steve Fox | 05/31/2023 | 06/09/2023 | Unpaid | $966.67 |
| 6775 | Tim Schwecke | 05/31/2023 | 06/09/2023 | Unpaid | $3,190.00 |
| 6776 | Tim Wallace | 05/31/2023 | 06/09/2023 | Unpaid | $1,493.50 |
| 6777 | Tom Logan | 05/31/2023 | 06/09/2023 | Unpaid | $7,120.00 |
| 6778 | Tom Ruggie | 05/31/2023 | 06/09/2023 | Unpaid | $23,186.70 |
| 6579 | Tom Ruggie | 04/30/2023 | 05/09/2023 | Unpaid | $34,851.69 |
| 6779 | Tom Schoewe | 05/31/2023 | 06/09/2023 | Unpaid | $3,190.00 |
| 6580 | Tom Schoewe | 04/30/2023 | 05/09/2023 | Unpaid | $12,480.00 |
| 6780 | Tom Wallace | 05/31/2023 | 06/09/2023 | Unpaid | $1,493.50 |
| 6581 | Tom Wallace | 04/30/2023 | 05/09/2023 | Unpaid | $22,730.70 |
| 6781 | Tressa Majka | 05/31/2023 | 06/09/2023 | Unpaid | $1,845.97 |
| 6582 | Tressa Majka | 04/30/2023 | 05/09/2023 | Unpaid | $3,182.70 |
| 6782 | William Beynon | 05/31/2023 | 06/09/2023 | Unpaid | $18,272.79 |
| 6583 | William Beynon | 04/30/2023 | 05/09/2023 | Unpaid | $8,635.53 |

Jet It LLC Accounts Receivable (Customers - Unpaid)

| 4950 | Garo Armen | 10/02/2022 | 10/12/2022 | Unpaid | $74,424.22 |
|------|------------|------------|------------|--------|------------|
| 4300 | Garo Armen | 06/30/2022 | 07/09/2022 | Unpaid | $42,171.65 |
| 4023 | Garo Armen | 05/31/2022 | 06/10/2022 | Unpaid | $138,813.74 |
| 4827 | Kevin Pistilli | 10/02/2022 | 10/12/2022 | Unpaid | $45.86 |
| 4595 | Kevin Pistilli | 08/31/2022 | 09/10/2022 | Unpaid | $7,363.00 |
| 6785 | Scott Thompson | 07/30/2023 | 08/09/2023 | Unpaid | $63,152.00 |
| 6783 | Scott Thompson | 06/29/2023 | 07/09/2023 | Unpaid | $63,152.00 |
| 6644 | Scott Thompson | 05/30/2023 | 06/09/2023 | Unpaid | $63,152.00 |
|  |  |  |  |  |  |
|  |  |  |  | Total: | $2,720,038.52 |

Jet It LLC Accounts Receivable (Customers - Partially Paid)

| Number | Customer | Invoice date | Due date | Payment status | Total |
|--------|----------|--------------|----------|----------------|-------|
| 4962 | Arthur Bellis | 10/31/2022 | 11/09/2022 | Partial | $11,240.30 |
| 4244 | Ashwyn Singh | 06/30/2022 | 07/09/2022 | Partial | $5,708.86 |
| 4088 | Ashwyn Singh | 06/30/2022 | 07/09/2022 | Partial | $8,018.87 |
| 4243 | Ashwyn Singh | 06/30/2022 | 07/09/2022 | Partial | $5,233.63 |
| 4749 | Bradley Robertson | 10/02/2022 | 10/12/2022 | Partial | $18,285.15 |
| 4542 | Bradley Robertson | 08/31/2022 | 09/10/2022 | Partial | $25,710.00 |
| 4757 | Buford Ortale | 10/02/2022 | 10/12/2022 | Partial | $45,758.69 |
| 6236 | Carl Merzi | 04/02/2023 | 04/12/2023 | Partial | $28,518.60 |
| 4365 | David O'Leary | 07/31/2022 | 08/10/2022 | Partial | $41,738.93 |
| 4251 | David O'Leary | 06/30/2022 | 07/09/2022 | Partial | $1,080.25 |
| 6480 | David, Chapman and Wayne Ducote | 04/30/2023 | 05/09/2023 | Partial | $23,760.00 |
| 6010 | David, Chapman and Wayne Ducote | 02/28/2023 | 03/09/2023 | Partial | $48,739.50 |
| 4783 | Derek Rundell | 10/02/2022 | 10/12/2022 | Partial | $19,299.62 |
| 4673 | Derek Rundell | 08/31/2022 | 09/10/2022 | Partial | $13,500.00 |
| 5743 | George Graves | 01/31/2023 | 02/09/2023 | Partial | $10,126.69 |
| 6274 | Ian Ross | 04/02/2023 | 04/12/2023 | Partial | $16,020.95 |
| 6029 | Ian Ross | 02/28/2023 | 03/09/2023 | Partial | $25,415.50 |
| 5753 | Ian Ross | 01/31/2023 | 02/09/2023 | Partial | $5,423.45 |
| 5535 | Ian Ross | 01/02/2023 | 01/12/2023 | Partial | $7,984.50 |
| 5240 | Ian Ross | 11/30/2022 | 12/09/2022 | Partial | $15,162.92 |
| 5019 | Ian Ross | 10/31/2022 | 11/09/2022 | Partial | $19,242.30 |
| 4803 | Ian Ross | 10/02/2022 | 10/12/2022 | Partial | $29,816.38 |
| 4144 | Ian Ross | 06/30/2022 | 07/09/2022 | Partial | $40,542.38 |
| 3890 | Ian Ross | 05/31/2022 | 06/09/2022 | Partial | $24,979.30 |
| 3659 | Ian Ross | 05/01/2022 | 05/11/2022 | Partial | $38,565.00 |
| 6500 | James Eagan | 04/30/2023 | 05/09/2023 | Partial | $13,908.60 |
| 6277 | James Eagan | 04/02/2023 | 04/12/2023 | Partial | $9,543.20 |
| 6032 | James Eagan | 02/28/2023 | 03/09/2023 | Partial | $24,728.51 |
| 5756 | James Eagan | 01/31/2023 | 02/09/2023 | Partial | $30,945.00 |
| 5538 | James Eagan | 01/02/2023 | 01/12/2023 | Partial | $18,655.00 |
| 5243 | James Eagan | 11/30/2022 | 12/09/2022 | Partial | $8,545.29 |
| 4806 | James Eagan | 10/02/2022 | 10/12/2022 | Partial | $8,811.98 |
| 4581 | James Eagan | 08/31/2022 | 09/10/2022 | Partial | $9,290.00 |
| 4391 | James Eagan | 07/31/2022 | 08/09/2022 | Partial | $34,880.00 |
| 4147 | James Eagan | 06/30/2022 | 07/09/2022 | Partial | $15,036.14 |
| 3893 | James Eagan | 05/31/2022 | 06/09/2022 | Partial | $14,866.04 |
| 5247 | Jeff Damavandi | 11/30/2022 | 12/09/2022 | Partial | $6,947.80 |
| 5545 | Jim Matthews | 01/02/2023 | 01/12/2023 | Partial | $21,798.00 |
| DO NOT SE | Marc Ott | 06/30/2022 | 07/10/2022 | Partial | $14,015.19 |
| 6424 | Michael Hall | 04/29/2023 | 05/09/2023 | Partial | $324,707.62 |
| 4439 | Norbert Frischkorn | 07/31/2022 | 08/10/2022 | Partial | $6,497.50 |
| 4194 | Norbert Frischkorn | 06/30/2022 | 07/09/2022 | Partial | $6,497.50 |
| 3944 | Norbert Frischkorn | 05/31/2022 | 06/09/2022 | Partial | $13,693.62 |
| 3711 | Norbert Frischkorn | 05/01/2022 | 05/11/2022 | Partial | $45,932.71 |
| 6072 | Pam Liebman | 02/28/2023 | 03/09/2023 | Partial | $35,834.00 |
| 6317 | Parker Duffey | 04/02/2023 | 04/12/2023 | Partial | $22,376.08 |
| 6746 | Rafael Collado | 05/31/2023 | 06/09/2023 | Partial | $12,825.00 |
| 6550 | Randy Perkins | 04/30/2023 | 05/09/2023 | Partial | $4,120.00 |
| 6760 | Roger Roberts | 05/31/2023 | 06/09/2023 | Partial | $8,849.90 |
| 6337 | Romir Bosu | 04/02/2023 | 04/12/2023 | Partial | $7,136.56 |

Jet It LLC Accounts Receivable (Customers - Partially Paid)

| 6094 | Ronald Bacskai | 02/28/2023 | 03/09/2023 | Partial | $41,250.88 |
| 5819 | Ronald Bacskai | 01/31/2023 | 02/09/2023 | Partial | $29,905.00 |
| 5608 | Ronald Bacskai | 01/02/2023 | 01/12/2023 | Partial | $29,495.00 |
| 5312 | Ronald Bacskai | 11/30/2022 | 12/09/2022 | Partial | $60,020.00 |
| 5091 | Ronald Bacskai | 10/31/2022 | 11/09/2022 | Partial | $59,508.22 |
| 4881 | Ronald Bacskai | 10/02/2022 | 10/12/2022 | Partial | $20,484.57 |
| 4632 | Ronald Bacskai | 08/31/2022 | 09/10/2022 | Partial | $9,745.27 |
| 4219 | Ronald Bacskai | 06/30/2022 | 07/09/2022 | Partial | $21,554.39 |
| 3968 | Ronald Bacskai | 05/31/2022 | 06/09/2022 | Partial | $29,175.86 |
| 6097 | Scott Innes | 02/28/2023 | 03/09/2023 | Partial | $27,764.00 |
| 6570 | Shields Ferber | 04/30/2023 | 05/09/2023 | Partial | $28,390.00 |
| 6571 | Stephen Vecchitto | 04/30/2023 | 05/09/2023 | Partial | $32,535.00 |
| 2845 | Steve Sadaka | 01/02/2022 | 01/12/2022 | Partial | $47,540.00 |
| 6774 | Ted Filer | 05/31/2023 | 06/09/2023 | Partial | $18,090.00 |
| 4525 | Tom Schoewe | 08/21/2022 | 08/21/2022 | Partial | $550,500.00 |
|  |  |  |  |  |  |
|  |  |  |  | Total: | $2,256,271.20 |

Jet It LLC Accounts Receivable (Others - Unpaid)

| Number | Customer | Invoice date | Due date | Payment status | Total |
|---|---|---|---|---|---|
| 1637 | Adam Nance | 06/05/2021 | 06/10/2021 | Unpaid | $9,200.00 |
| 2475 | Austin Vaden | 11/14/2021 | 11/14/2021 | Unpaid | $34,500.00 |
| 5165 | CAMI - Corporate Aircraft Management Inc. | 11/01/2022 | 11/01/2022 | Unpaid | $5,000.00 |
| 6431 | Charter Flight Group | 04/30/2023 | 04/30/2023 | Unpaid | $16,856.71 |
| 4911 | CobraComplete | 10/04/2023 | 10/04/2023 | Unpaid | $495.08 |
| 2118 | David Bubnar | 09/30/2021 | 09/30/2021 | Unpaid | $4,000.00 |
| 1539 | David Bunker | 05/17/2021 | 05/17/2021 | Unpaid | $24,500.00 |
| 372-HJ1 | Elevate Innovation | 10/24/2020 | 10/24/2020 | Unpaid | $14,225.00 |
| 5946 | Flexjet | 02/20/2023 | 03/02/2023 | Unpaid | $100.00 |
| 5966 | Fly Business Aviation | 02/28/2023 | 02/28/2023 | Unpaid | $2,301.00 |
| 301-HJ1 | FlyAdvanced | 10/18/2020 | 10/18/2020 | Unpaid | $12,741.05 |
| 6195 | Gauthier, Murphy and Houghtaling, LLC | 03/27/2023 | 03/30/2023 | Unpaid | $3,709.68 |
| 6194 | Gauthier, Murphy and Houghtaling, LLC | 02/28/2023 | 03/09/2023 | Unpaid | $5,000.00 |
| 5901 | Gauthier, Murphy and Houghtaling, LLC | 02/01/2023 | 02/09/2023 | Unpaid | $5,000.00 |
| IC4Y20-134.-HJ1 | Graves Aviation LLC | 12/30/2020 | 12/30/2020 | Unpaid | $21,000.00 |
| 4019 | Hendrix Jets | 06/04/2022 | 06/09/2022 | Unpaid | $15,038.00 |
| 6616 | JetClass GmbH | 05/09/2023 | 05/09/2023 | Unpaid | $676.08 |
| 5142 | JetClub Malta Limited | 11/07/2022 | 11/09/2022 | Unpaid | $20,788.42 |
| 3994 | JetClub Malta Limited | 05/26/2022 | 05/26/2022 | Unpaid | $16,703.00 |
| 436-HJ1 | JetClub Malta Limited | 12/22/2020 | 12/22/2020 | Unpaid | $11,200.00 |
| 435-HJ1 | JetClub Malta Limited | 12/22/2020 | 12/22/2020 | Unpaid | $11,673.00 |
| 387-HJ1 | JetClub Malta Limited | 12/22/2020 | 01/21/2021 | Unpaid | $10,448.00 |
| 373-HJ1 | JetClub Malta Limited | 10/23/2020 | 11/22/2020 | Unpaid | $7,780.00 |
| 371-HJ1 | Jettly | 10/30/2020 | 10/30/2020 | Unpaid | $6,150.00 |
| 374-HJ1 | Joe Santo | 10/08/2020 | 10/08/2020 | Unpaid | $7,735.00 |
| 5168 | Kent Chabotar | 11/30/2022 | 11/30/2022 | Unpaid | $520.00 |
| 2306 | Kevin Harrington | 10/14/2021 | 10/14/2021 | Unpaid | $147.18 |
| 5169 | Mario Capobianco / Bedfordins.com | 11/30/2022 | 11/30/2022 | Unpaid | $667.40 |
| 1247 | Matthew Berry | 03/14/2021 | 03/14/2021 | Unpaid | $23,717.73 |
| 6608 | Monarch Air Group | 05/08/2023 | 05/09/2023 | Unpaid | $13,917.00 |
| 1240 | Nick Catalano | 03/09/2021 | 03/09/2021 | Unpaid | $112.50 |
| 5931 | Nicolas Air | 02/13/2023 | 02/23/2023 | Unpaid | $100.00 |
| 6641 | ONEflight International | 05/16/2023 | 05/20/2023 | Unpaid | $25,000.00 |
| 5933 | PARADIGM JET MANAGEMENT | 02/13/2023 | 02/23/2023 | Unpaid | $100.00 |
| 2508 | Private Jet Consulting | 11/27/2021 | 11/27/2021 | Unpaid | $11,227.00 |
| 6642 | Private Jet Services | 05/16/2023 | 05/20/2023 | Unpaid | $14,396.00 |
| 1245 | Ray Robinson | 01/11/2021 | 01/11/2021 | Unpaid | $10,354.58 |
| 2307 | Rob Jewell | 10/14/2021 | 10/14/2021 | Unpaid | $225.78 |
| 6565 | Salah Tawfik (Jet Club Customer) | 04/30/2023 | 05/09/2023 | Unpaid | $9,648.07 |
| 1267 | Scott DePetris | 03/18/2021 | 03/18/2021 | Unpaid | $38.29 |
| Disputed - 6341 | Sekou Kaalund | 04/02/2023 | 04/12/2023 | Unpaid | $502.64 |
| 3100 | Setair | 02/08/2022 | 02/08/2022 | Unpaid | $61,710.83 |
| 370-HJ1 | StarJets Inc. | 10/15/2020 | 10/15/2020 | Unpaid | $10,000.00 |
| 190-HJ1 | Todd Strayer | 09/08/2020 | 09/08/2020 | Unpaid | $83.03 |
| 186-HJ1 | Todd Strayer | 09/07/2020 | 10/07/2020 | Unpaid | $2,910.40 |
| 5149 | Tony Lee | 11/14/2022 | 11/19/2022 | Unpaid | $15,901.20 |
| 369-HJ1 | Vomos, Inc. | 11/04/2020 | 11/04/2020 | Unpaid | $5,800.00 |
|  |  |  |  | Total: | $473,899.65 |

Jet It LLC Accounts Receivable (Others - Partially Paid)

| Number | Customer | Invoice date | Due date | Payment status | Total |
|---|---|---|---|---|---|
| 4260 | Air Charter Service (Australia) Pty Ltd | 07/04/2022 | 07/07/2022 | Partial | $15,186.25 |
| 1417 | Bruce Laing | 04/27/2021 | 05/03/2021 | Partial | $16,481.90 |
| 2353 | Elevate Innovation | 10/30/2021 | 11/04/2021 | Partial | $33,937.00 |
| 3878 | Garo Armen | 05/31/2022 | 06/09/2022 | Partial | $26,730.00 |
| 4046 | Jet Set Group | 06/14/2022 | 06/23/2022 | Partial | $13,744.47 |
| 3090 | JetClub Malta Limited | 02/03/2022 | 02/03/2022 | Partial | $96,206.67 |
| 5909 | Keith McCormack | 02/05/2023 | 02/09/2023 | Partial | $12,748.00 |
| 1634 | Philip Holmes | 06/01/2021 | 06/16/2021 | Partial | $12,708.66 |
| 1375 | Randy Mackay | 04/08/2021 | 04/11/2021 | Partial | $9,202.79 |
| 3357 | Ray Lewis | 03/22/2022 | 03/22/2022 | Partial | $14,806.80 |
| 3547 | Starflight Aviation Ltd | 04/14/2022 | 04/14/2022 | Partial | $21,760.71 |
| 2666 | Starflight Aviation Ltd | 12/06/2021 | 12/06/2021 | Partial | $11,596.02 |
| 1515 | Starflight Aviation Ltd | 05/11/2021 | 05/11/2021 | Partial | $21,753.70 |
| 4720 | Tim Matthews | 09/11/2022 | 09/13/2022 | Partial | $21,571.48 |
| 1231 | XO Global | 03/07/2021 | 03/11/2021 | Partial | $14,378.64 |
| | | | | Total: | $342,813.09 |

Jet It LLC
Schedule B (Aircraft Maintenance Equipment Tools)

| Photo Set No. | Item Description | Serial No. | Estimated Value |
|---|---|---|---|
| 001 | Aero Specialties Powervamp GPU | T68263 | $ 40,000.00 |
| 002 | Air Data Accessories Kit Model Honda 945 | 8047 | Unknown |
| 003 | Alberth Aviation Tire Inflation Case, Model TC36 | 04243 | $ 2,000.00 |
| 004 | AVS-10K-CNS NavComm Surveillance Kit | 100000248 | $ 25,000.00 |
| 005 | Best Tugs Electric B12 Tow Cart | None | $ 11,000.00 |
| 006 | Caldwell 2 Ton Single Hook Swivel Beam, Model 10S-2-20 | 106925 | $ 600.00 |
| 007 | Concorde Battery Capacity Tester, Model BC-8000 | 00001378 | $ 6,000.00 |
| 008 | Cooltech High Pressure Vacuum Pump, Model BTA48RC | None | $ 500.00 |
| 009 | Electronic Cable Set | None | Unknown |
| 010 | EMB300 Tower Head PN2000285 | T84940 | $ 1,150.00 |
| 011 | Enerpac Hydraulic Hand Pump | None | $ 800.00 |
| 012 | Extech Quad Output DC Power Supply, Model 382270 | A22070029 | $ 600.00 |
| 013 | Fowler Indi-X Electronic Indicator | None | $ 125.00 |
| 014 | Honda Adapter Kit (Quantity: 2) | None | Unknown |
| 015 | Kell-Strom ECU Maintenance Kit, PN 2C82130G01 | 0323010 | Unknown |
| 016 | Laversab Pitot Static Tester, Model 6600-NG REV.A1 | 91539 | $ 25,000.00 |
| 017 | M2000-3-10CS Aircraft Weight Load Cell Kit | 22-T21223 | $ 6,000.00 |
| 018 | Mastercool, Model Commander2000 R134a | 661508 | $ 3,700.00 |
| 019 | Socket & Adapter Set | 0008 | Unknown |
| 020 | Tronair, Model 02-0517-0140 | 0167211101 | $ 5,400.00 |
| 021 | Tronair, Model 02-0517-0140 | 3000071104 | $ 5,400.00 |
| 022 | Tronair 12 Ton Axle Tripod Jack, PN 02-7924C0100 | 8639220102 | $ 6,500.00 |
| 023 | Tronair Aft Jack 5 Ton 4.5 Metric Ton, CE Model 02-0517C0140 | 9370211103 | $ 5,400.00 |
| 024 | Tronair Aircraft Maintenance Platform B1 Type, Max Height 10ft3m, Model 04-6005-1100 | 47245 | $ 15,700.00 |
| 025 | Tronair Engine Oil Service Unit 2 Gal 7.6L, Model 06-5022-6800 | 9685220703 | Unknown |
| 026 | Tronair Engine Oil Service Unit 2 Gal 7.6L, Model 06-5022-6800 | 7984210902 | Unknown |
| 027 | Tronair Engine Sling, Model 08-0134-4000 | 1753200201 | $ 5,450.00 |
| 028 | Tronair GPU, Model 112860S0200 | 9507221002 | Unknown |
| 029 | Tronair Honda Adapter Kit, Model K-4337 (Quantity: 2) | 9877220901 | Unknown |
| 030 | Tronair Hydraulic Jack, Model 02-0527C0140 | 8631220201 | Unknown |
| 031 | Tronair Hydraulic Service Cart 8 Gal 30 L & 200 PSI 13.8 Bar, Model No. 06-5042-0500 | 2052220502 | $ 2,600.00 |
| 032 | Tronair Lavatory Cart, Model 10-6408-0000 | 8388170901 | $ 11,000.00 |
| 033 | Tronair Nitrogen Card, Model 14-6808-6000 | 8521210701 | $ 1,400.00 |
| 034 | Tronair Oxygen Cart, Model 20-4505-7000 | 0385221101 | $ 26,000.00 |
| 035 | Tronair Strut Servicing Kit, Model 24-6903-6000 | 7057220701 | $ 1,500.00 |
| 036 | Tronair Tail Stand, Model 03-5851-0000 | 7623211201 | Unknown |
| 037 | Tronair Tire Bead Breaker, Model 14-6801-0120 | 6954170102 | $ 6,300.00 |
| 038 | TTL Digital Aircraft Tire Inflator, 0-300 PSI | None | $ 400.00 |
| 039 | Tronair Engine Oil Service Unit 2 Gal 7.6L, Model 06-5022-6800 (Quantity: 2) (dup of 025 & 026?) Combined Value | None | $ 4,300.00 |
| 040 | Working Load 2500 lbs Placard (Unknown Equipment) | None | Unknown |

Total:    $ 219,825.00

**Fill in this information to identify the case:**

Debtor name **Jet It LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  LoJet Holdings LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**all personal and fixture property of every kind and nature including all goods including inventory, equipment, and any accessions thereto), instruments (including promissory notes), documents (whether tangible or electronic), accounts, etc.** | **$26,525,000.00** | **Unknown** |

**712 5th Ave #14**
**New York, NY 10019**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/05/2023**
**Last 4 digits of account number**
**None**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$26,525,000.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Jet It LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**Pennsylvania Department of Labor & Indus**<br>**1700 Labor & Industry Building**<br>**Harrisburg, PA 17120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,569.54 | $1,569.54 |
| Date or dates debt was incurred<br>**8/5/2022** | Basis for the claim:<br>**Employee Withholding Contributions** |  |  |
| Last 4 digits of account number **Unknown**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 Nonpriority creditor's name and mailing address<br>**Aero Star**<br>**7515 Lemmon Ave**<br>**Dallas, TX 75209** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122,208.11 |
| Date(s) debt was incurred __1/31/2023__<br>Last 4 digits of account number __Unknown__ | Basis for the claim: __Aircraft Maintenance & Parts__<br>Is the claim subject to offset? ☑ No ☐ Yes |  |
| 3.2 Nonpriority creditor's name and mailing address<br>**Agenus Inc.**<br>**3 Forbes Road**<br>**Lexington, MA 02421** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,151.49 |
| Date(s) debt was incurred __9/8/2022__<br>Last 4 digits of account number __Unknown__ | Basis for the claim: __Aircraft Management Contract (Terminated)__<br>Is the claim subject to offset? ☑ No ☐ Yes |  |

Debtor **Jet It LLC**

Name

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245,768.32 |
|---|---|---|---|

**Agile Premium Finance**
**P.O. Box 549**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2023**

**Basis for the claim:** **Aircraft Insurance**

Last 4 digits of account number  **V22B**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Air Charter Safety Foundation**
**818 Connecticut Avenue NW**
**Suite 900**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/10/2023**

**Basis for the claim:** **Business Membership Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,630.00 |
|---|---|---|---|

**Aircraft Performance Group LLC**
**4348 Woodlands Blvd., #200**
**Castle Rock, CO 80104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2023**

**Basis for the claim:** **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,421.66 |
|---|---|---|---|

**Aircraft Specialties Inc.**
**9949 South 134th Street**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17/2023**

**Basis for the claim:** **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.91 |
|---|---|---|---|

**Airgas USA**
**P.O. Box 9249**
**Marietta, GA 30065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/2023**

**Basis for the claim:** **Aircraft Maintenance Supplies**

Last 4 digits of account number  **Uknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.50 |
|---|---|---|---|

**Airplane Intel Inc.**
**1200 SW 60th Avenue**
**Suite 105**
**Ocala, FL 34474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2022**

**Basis for the claim:** **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,498.00 |
|---|---|---|---|

**AirSmart - Steelman Aviation, Inc**
**2705 Airport Drive**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2022**

**Basis for the claim:** **Charter Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Jet It LLC**                                      Case number (if known) _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.99 |

**Airsync**
**126 Lullaby Ct**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/5/2022**

Basis for the claim: **Aircraft Flight Data Monitoring**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |

**Akron-Canton Regional Airport**
**5400 Lauby Road**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/30/2022**

Basis for the claim: **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.64 |

**Alamance County Tax Collector**
**124 W. Elm St**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/14/2021**

Basis for the claim: **Aircraft Property Tax**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,386.00 |

**Allegheny County Airport Authority**
**PP10, 1 P.O. Box**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/9/2022**

Basis for the claim: **Aircraft Storage**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,806.50 |

**Alliance Aviation Services**
**2221 Alliance Boulevard**
**Suite 100**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/24/2022**

Basis for the claim: **Hangar Rent & Fuel**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323,667.97 |

**American Express National Bank**
**P.O. Box 981531**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2023**

Basis for the claim: **Business Credit Card Purchases**

Last 4 digits of account number **1002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,873.54 |

**American Express Travel Related Services**
**Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-2022**

Basis for the claim: **Business Credit Card Purchases**

Last 4 digits of account number **1003**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Jet It LLC**                                                        Case number *(if known)*  _____
_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$656.52** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,019.25** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,017.18** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,891.16** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$366.86** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.52** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219,086.81** |

**American Express Travel Related Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021 - 2023**

**Basis for the claim:  Business Credit Card Purchases**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jet It LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,798.00**

**American Jet International**
**8501 Telephone Rd**
**Houston, TX 77061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Ameriflight, Human Resources**
**P.O. Box 612763**
**DFW Airport, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Basis for the claim:  **Background Checks**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,580.58**

**Armstrong Relocation**
**1405 Crescent**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

Basis for the claim:  **Employee Relocation Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,755.00**

**ASI Charter, Inc.**
**12340 East Control Tower Road**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2022**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00**

**Atlantic Aviation AGC**
**P.O. Box 784301**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2022**

Basis for the claim:  **Charter Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.06**

**Avaya Inc.**
**10600 South Pennsylvania Avenue**
**Suite 16-719**
**Oklahoma City, OK 73170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2022**

Basis for the claim:  **Telephone Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,522.88**

**Avaya RingCentral**
**20 Davis Drive,**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2023**

Basis for the claim:  **Telephone Services**

Last 4 digits of account number  **6032**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Jet It LLC**                                                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

**3.31 Nonpriority creditor's name and mailing address**
**Aviation International News**
**214 Franklin Avenue**
**Midland Park, NJ 07432**

Date(s) debt was incurred  **12/21/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing, Public Relations & Events**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$3,250.00**

---

**3.32 Nonpriority creditor's name and mailing address**
**Avion Aero**
**Hangar 6 - Wiley Post Airport**
**7200 Millionaire Drive**
**Bethany, OK, OK 73008**

Date(s) debt was incurred  **3/16/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$10,996.55**

---

**3.33 Nonpriority creditor's name and mailing address**
**Avports LLC**
**P.O. Box 16860**
**Washington, DC, DC 20041**

Date(s) debt was incurred  **6/5/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$7,431.49**

---

**3.34 Nonpriority creditor's name and mailing address**
**Bank of Utah**
**2605 Washington Boulevard**
**Ogden, UT 84401**

Date(s) debt was incurred  **1/13/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$2,500.00**

---

**3.35 Nonpriority creditor's name and mailing address**
**Banyan Air Services, Inc.**
**5360 NW 20 Terrace**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred  **10/12/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$26,654.17**

---

**3.36 Nonpriority creditor's name and mailing address**
**Bee Content Design Inc.**
**450 Townsend St.**
**1st Floor**
**San Francisco, CA 94107**

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Web Content Design Subscription**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$30.00**

---

**3.37 Nonpriority creditor's name and mailing address**
**BellAir**
**1122 Oberlin Rd,**
**Raleigh, NC 27605**

Date(s) debt was incurred  **3/24/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$24,602.00**

---

Debtor   **Jet It LLC**                                              Case number (if known) _____

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,408.90** |

**Bluetail, Inc**
**2390 East Camelback Road, Suite 130**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2023**

**Basis for the claim:  Business Software Applications**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$212.64** |

**Boca Aircraft Maintenance**
**3300 Airport Road, Hangar 2 Suite 121**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2023**

**Basis for the claim:  Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,575.62** |

**Boeing Digital Solutions, Inc.**
**P.O. Box 840864**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/2022**

**Basis for the claim:  Business Software Applications**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,225.98** |

**BoldIQ, Inc.**
**731 Harvard Ave E**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2023**

**Basis for the claim:  Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,580.38** |

**Brazos Valley Air Charter**
**8720 Jack Bates Avenue**
**Tulsa, OK 74132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2022**

**Basis for the claim:  Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Broome County Department of Aviation**
**Greater Binghamton Airport**
**2534 Airport Road, 16**
**Johnson City, NY 13790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2021**

**Basis for the claim:  Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.77** |

**Brunswick County Revenue Dept**
**P.O. Box 580335**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2022**

**Basis for the claim:  Aircraft Property Tax**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Jet It LLC**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,737.66** |

**3.45** | Nonpriority creditor's name and mailing address
**Buncombe County Tax Collections**
P.O. Box 3140
Asheville, NC 28802

Date(s) debt was incurred  **10/14/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,737.66**

---

**3.46** | Nonpriority creditor's name and mailing address
**Business Aviation Law Group**
631 US 1, STE 410
North Palm Beach, FL 33408

Date(s) debt was incurred  **1/8/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$337.00**

---

**3.47** | Nonpriority creditor's name and mailing address
**Business Jet Managers, Inc.**
824 West Willow Run Airport
Ypsilanti, MI 48198

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset? ■ No ☐ Yes

**$43,500.00**

---

**3.48** | Nonpriority creditor's name and mailing address
**Cabarrus County Tax Collector**
P.O. Box 707
Concord, NC 28026

Date(s) debt was incurred  **10/11/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Authorities**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.49** | Nonpriority creditor's name and mailing address
**Caelus**
P.O. Box 470
Bronston, KY 42518

Date(s) debt was incurred  **10/31/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Pilot Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,328.64**

---

**3.50** | Nonpriority creditor's name and mailing address
**Camp Systems International Inc.**
999 Marconi Avenue
Ronkonkoma, NY 11779

Date(s) debt was incurred  **11/2/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Software Applications**

Is the claim subject to offset? ■ No ☐ Yes

**$23,347.50**

---

**3.51** | Nonpriority creditor's name and mailing address
**Carolina Core Machine**
125 S Elm Street
Greensboro, NC 27401

Date(s) debt was incurred  **2/9/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$1,936.00**

---

Debtor **Jet It LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Carolina GSE, Inc**<br>**2408 Charles Boulevard**<br>**Suite 1**<br>**Greenville, NC 27858**<br><br>Date(s) debt was incurred  **5/18/2022**<br>Last 4 digits of account number  **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Tooling**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$170,969.65** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Carruthers & Roth, P.A.**<br>**235 N. Edgeworth Street**<br>**P. O. Box 540**<br>**Greensboro, NC 27402**<br><br>Date(s) debt was incurred  **2/1/2023**<br>Last 4 digits of account number  **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Industry & Tradeshows**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,042.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Carteret County**<br>**302 Courthouse Square**<br>**Beaufort, NC 28516**<br><br>Date(s) debt was incurred  **12/20/2022**<br>Last 4 digits of account number  **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Aircraft Property Tax**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$790.32** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Century Jets**<br>**3028 Travis Pond Road**<br>**Williamsburg, VA 23185**<br><br>Date(s) debt was incurred  **5/20/2022**<br>Last 4 digits of account number  **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Off Fleet Charter**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,900.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Cherokee County Tax Collector**<br>**75 Peachtree Street**<br>**Suite 225**<br>**Murphy, NC 28906**<br><br>Date(s) debt was incurred  **9/5/2022**<br>Last 4 digits of account number  **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Aircraft Property Tax**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.54** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Chicago Jet Group**<br>**522 Route 30**<br>**Sugar Grove, IL 60554**<br><br>Date(s) debt was incurred  **5/9/2022**<br>Last 4 digits of account number  **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Off Fleet Charter**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$46,804.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Christopher Gray & Gwyn Gray**<br>**430 Belton Road**<br>**Ripley, TN 38063**<br><br>Date(s) debt was incurred  **10/2023**<br>Last 4 digits of account number  **None** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Employee Relocation Services (Settlement amount paid by Gray to United Van Lines)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,500.00** |

Debtor   **Jet It LLC**
_____   Case number _(if known)_ _____
   Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $32,718.00 |
|---|---|---|---|

**Cision US Inc.**
**P.O. Box 419484**
**Boston, NC 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2021**

Basis for the claim:  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $184.67 |
|---|---|---|---|

**City of Dryden**
**30 Van Horne Avenue**
**Dryden**
**ON**
**P8N 2A7, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $150.00 |
|---|---|---|---|

**City of Greensboro**
**Collections Division**
**P.O. Box 26120**
**Greensbro, NC 27402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2022**

Basis for the claim:  **Parking Garage**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $254.42 |
|---|---|---|---|

**City of Monroe NC**
**P.O. Box 69**
**Monroe, NC 28111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/2022**

Basis for the claim:  **Tax Authorities**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $130.14 |
|---|---|---|---|

**City of San Diego, CA**
**P.O. Box 129030**
**San Diego, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,285.20 |
|---|---|---|---|

**City of Statesville Regional Airport**
**238 Airport Road**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,645.85 |
|---|---|---|---|

**Civil Aviation Authority Bahamas**
**#1 Bay Street**
**Unit 202, 2nd Floor**
**Nassau, Bahamas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Jet It LLC**                                                      Case number (if known) _____
　　　　　　Name

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$365.85** |
|---|---|---|---|

**Civil Aviation Authority Cayman Islands**
**P.O. Box 10277**
**Grand Cayman**
**KY1-1003**
**Cayman Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2022**

**Basis for the claim:**  Flight Operations - Airport Fees

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,110.68** |
|---|---|---|---|

**Classic Jet Center**
**Lake County Executive Airport**
**1969 Lost Nation Road**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2020**

**Basis for the claim:**  Off Fleet Charter

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$964.00** |
|---|---|---|---|

**Clean Takeoff**
**750 SW 34th St**
**Suite 209**
**Fort Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2023**

**Basis for the claim:**  Aircraft Cleaning Service

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$940.00** |
|---|---|---|---|

**Cleveland Airport System**
**Bank of New York Mellon Trust**
**P.O. Box 70275**
**Cleveland, OH 44190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2022**

**Basis for the claim:**  Flight Operations - Airport Fees

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,726.00** |
|---|---|---|---|

**Coleman Jet**
**5701 Airport Road**
**Gary, IN 46406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/8/2022**

**Basis for the claim:**  Off Fleet Charter

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,600.00** |
|---|---|---|---|

**Commonwealth of Virginia**
**Department of Taxation**
**P.O. Box 1777**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/19/2020**

**Basis for the claim:**  Administrative Services

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**CommutAir**
**24950 Country Club Boulevard, Suite 200**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/2022**

**Basis for the claim:**  Background Checks

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Jet It LLC**                                                        Case number (if known) _____
_____
Name

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$655.00**
**Concentra Health Services Inc**
P.O. Box 9008
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2022**

**Basis for the claim:  Pilot Drug Screening**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,015.10**
**Copeca Jet Center LLC**
P.O. Box 250456
Aguadilla, Puerto Rico 00604-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2022**

**Basis for the claim:  Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,766.72**
**Cosgrove Aircraft Service, Inc.**
70 Oser Avenue
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2022**

**Basis for the claim:  Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.58**
**Craven County Tax Collector**
226 Pollock St
New Bern, NC 28560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/8/2021**

**Basis for the claim:  Aircraft Property Tax**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**
**Crowe LLP**
320 E Jefferson Blvd
P.O. Box 7
South Bend, IN 46624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2023**

**Basis for the claim:  Accounting Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,274.67**
**CT Corporation**
P.O. Box 4349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2022**

**Basis for the claim:  Registered Agent Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.72**
**Cumberland County Tax Collector**
P.O. Box 538313
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

**Basis for the claim:  Aircraft Property Tax**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Jet It LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Cutter Aviation Dallas, Inc.**
**4500 Claire Chennault Drive**
**Addison, TX 75001**

Date(s) debt was incurred  **10/14/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$62,366.02**

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**CyberCompass Corporation**
**d.b.a Fapa.aero**
**2470 West Horizon Ridge Pkwy**
**Suite 120**
**Las Vegas, NV 89052**

Date(s) debt was incurred  **1/4/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recruiting**

Is the claim subject to offset? ☑ No ☐ Yes

**$32,700.00**

---

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** |

**D & Y Finest Detailing INC**
**2 Hangar Road**
**Whiteplains, NY 10604**

Date(s) debt was incurred  **5/7/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$700.00**

---

| | |
|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** |

**Dallas Airmotive Inc.**
**2988 W. Walnut Hill Lane**
**Dallas, TX 75261**

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,013.45**

---

| | |
|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** |

**Delaware River and Bay Authority**
**P.O. BOX 62952**
**Baltimore, MD 21264**

Date(s) debt was incurred  **10/10/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$120.00**

---

| | |
|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** |

**Des Moines Flying Service**
**P.O. Box 35126**
**Des Moines, IA 50315**

Date(s) debt was incurred  **1/11/2023**

Last 4 digits of account number  **2079**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$138,029.33**

---

| | |
|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** |

**DGDean**
**4 Michele Lane**
**Westport, CT 06880**

Date(s) debt was incurred  **11/7/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Software Applications**

Is the claim subject to offset? ☑ No ☐ Yes

**$394,923.41**

---

| Debtor | **Jet It LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87**

**Nonpriority creditor's name and mailing address**
Dillon Aviation Inc.
1105 N. Memorial Drive
Greenville, NC 27834

Date(s) debt was incurred  1/20/2023

Last 4 digits of account number  Unknown

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Flight Operations - Airport Fees

Is the claim subject to offset? ■ No ☐ Yes

**$229.33**

---

**3.88**

**Nonpriority creditor's name and mailing address**
Divvy
13707 S 200 W Ste 100
Draper, UT 84020

Date(s) debt was incurred  5/15/2023

Last 4 digits of account number  6097

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Credit Card Purchases

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**
DM Airports Ltd.
8 Airport Road
Morristown, NJ 07960

Date(s) debt was incurred  1/25/2022

Last 4 digits of account number  Unknown

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Flight Operations - Airport Fees

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**
Docusign
P.O. Box 735445
Dallas, TX 75373

Date(s) debt was incurred  5/28/2022

Last 4 digits of account number  Unknown

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Software Applications

Is the claim subject to offset? ■ No ☐ Yes

**$2,351.75**

---

**3.91**

**Nonpriority creditor's name and mailing address**
Dolphin Aviation
8191 North Tamiami Trail
Sarasota, FL 34243

Date(s) debt was incurred  9/2/2020

Last 4 digits of account number  Unknown

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Off Fleet Charter

Is the claim subject to offset? ■ No ☐ Yes

**$224.20**

---

**3.92**

**Nonpriority creditor's name and mailing address**
Dreamline Aviation
16461 Sherman Way
Suite 210
Van Nuys, CA 91406

Date(s) debt was incurred  4/18/2022

Last 4 digits of account number  Unknown

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Off Fleet Charter

Is the claim subject to offset? ■ No ☐ Yes

**$2,429.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
EAA AirVenture Oshkosh
P.O. Box 3043
Oshkosh, WI 54903

Date(s) debt was incurred  11/10/2021

Last 4 digits of account number  Unknown

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Industry & Tradeshows

Is the claim subject to offset? ■ No ☐ Yes

**$8,411.00**

---

| Debtor | Jet It LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address
**Embraer**
Av. Brigadeiro Faria Lima
2170 - Putim
Sao Jose dos Campos -SP
12227-901, Brazil

Date(s) debt was incurred  **5/20/2023**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$6,342.11**

---

**3.95** | Nonpriority creditor's name and mailing address
**Embraer CAE Training Services LLC**
2929 West Airfield Drive
Grapevine, TX 76051

Date(s) debt was incurred  **3/6/2023**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pilot Training**

Is the claim subject to offset? ■ No ☐ Yes

**$116,616.00**

---

**3.96** | Nonpriority creditor's name and mailing address
**Embraer Executive Jet Services, LLC**
276 Southwest 34th Street
Fort Lauderdale, FL 33315

Date(s) debt was incurred  **3/13/2023**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ☐ No ☐ Yes

**$102,171.79**

---

**3.97** | Nonpriority creditor's name and mailing address
**EPIC Card Services LLC**
3871 Fairview Industrial Drive
Suite 100
Salem, OR 97302

Date(s) debt was incurred  **4/18/2023**
Last 4 digits of account number  **0405**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aviation Fuel**

Is the claim subject to offset? ■ No ☐ Yes

**$516,568.63**

---

**3.98** | Nonpriority creditor's name and mailing address
**Everest Fuel Management**
3 Batterymarch Park
Quincy, MA 02169

Date(s) debt was incurred  **4/27/2022**
Last 4 digits of account number  **JETIT-F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aviation Fuel**

Is the claim subject to offset? ■ No ☐ Yes

**$57,251.95**

---

**3.99** | Nonpriority creditor's name and mailing address
**ExpressJet Airlines**
1745 Phoenix Blvd
Suite 500
College Park, GA 30349

Date(s) debt was incurred  **5/20/2022**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Background Checks**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.100** | Nonpriority creditor's name and mailing address
**FastAir Ltd**
80 Hangar Line Road
Winnipeg MB
R3J 3Y7, Canada

Date(s) debt was incurred  **5/5/2022**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charter Services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,940.42**

---

Debtor   **Jet It LLC**
_____   Case number (if known) _____
Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,630.00 |

**FBO Jets**
**1825 Ponce de Leon**
**Suite 333**
**Coral Gables, FL 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/27/2022**

**Basis for the claim:  Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |

**Federal Aviation Administration**
**33 Liberty Street**
**New York, NY 10045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/16/2022**

**Basis for the claim:  Fine**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,731.72 |

**Federal Aviation Administration**
**Air Traffic Control Services**
**FAA MMAC AMK-322**
**P.O. Box  25770**
**Oklahoma City, OK 73125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2022**

**Basis for the claim:  Flight Operations - Air Traffic Control**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,673.73 |

**Federal Aviation Administration**
**General Accounting Division**
**AMK-322**
**P.O. Box 25082**
**Oklahoma City, OK 73125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2022**

**Basis for the claim:  Flight Operations - Air Traffic Control**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,127.77 |

**First Unum Life Insurance Company**
**P.O. Box 406927**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2023**

**Basis for the claim:  Benefits - Life Insurance Premiums**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,981.50 |

**FlightSafety International**
**P.O. Box 75691**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2023**

**Basis for the claim:  Pilot Training**

Last 4 digits of account number  **2360**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,219.80 |

**Flowers Air Agencies Dispatch Services**
**184 Seymour Drive**
**Industrial Park**
**P.O. Box 900**
**Grand Cayman, KY1 9006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/7/2023**

**Basis for the claim:  Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Jet It LLC**
_____
Name

Case number (if known) _____

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,698.19 |
|---|---|---|---|

**FlyAdvanced Maintenance, LLC**
**Finance Department**
**131 North Dupont Highway**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2023**

Basis for the claim:  **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,160.00 |
|---|---|---|---|

**FlyExclusive**
**2860 Jetport Road**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2022**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.85 |
|---|---|---|---|

**Flytag Flight Support**
**NC, United States**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,890.32 |
|---|---|---|---|

**ForeFlight LLC**
**2323 S Shepherd Drive**
**Suite 912**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

Basis for the claim:  **Aircraft Subscription Service**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.37 |
|---|---|---|---|

**Forsyth County Tax Collector**
**P.O. Box 82**
**Winston-Salem, NC 27102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2022**

Basis for the claim:  **Aircraft Property Tax**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,394.80 |
|---|---|---|---|

**Fort Lauderdale Executive Jet Center LLC**
**Northwest 56th Street**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2020**

Basis for the claim:  **Hangar Rent**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.38 |
|---|---|---|---|

**Fort Wayne-Allen County Airport Authorit**
**3801 W. Ferguson Road**
**Suite 209**
**Fort Wayne, IN 46809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Jet It LLC**
_____    Case number *(if known)* _____
Name

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575,000.00** |

**Frank Seiji Sanda**
**c/o Michael Aresenault**
**Bank of Utah**
**50 S. 200 East, Suite 110**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/10/2022**

Basis for the claim:  **Loan Agreement**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Frontier Airlines, Inc**
**Attn: Accounts Receivable**
**4545 Airport Way**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192.91** |

**Gander International Airport Authority**
**1000 James Boulevard**
**Box 400**
**Gander, NL**
**A1V 1W8, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.62** |

**General Mitchell International Airport**
**P.O. Box 78979**
**Milwaukee, WI 53278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,463.02** |

**Genuity Concepts Inc.**
**P.O. Box 29321**
**Greensboro, NC 27429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/2022**

Basis for the claim:  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,610.00** |

**Glenn Hediger dba Aviation Financial Con**
**950 North Washington Street**
**Suite 308A**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2023**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.45** |

**Gloria Montenegro**
**8400 Sunset Boulevard**
**Apt 9109**
**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2023**

Basis for the claim:  **Expense Reimbursement (Former Employee)**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Jet It LLC**                                                    Case number *(if known)* _____
_____
Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,775.78 |

**Gogo Business Aviation LLC**
**Department 1371**
**Denver, CO 80256**

Date(s) debt was incurred  1/5/2023

Last 4 digits of account number  2004

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Aircraft Wifi

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**GoJet Airlines**
**Attn: General Accounting**
**11495 Navaid Road**
**Bridgeton, MO 63044**

Date(s) debt was incurred  4/6/2022

Last 4 digits of account number  Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Recruiting

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,298.32 |

**Goshen Consulting & Services Corp**
**14086 Avenue of the Groves**
**Winter Garden, FL 34787**

Date(s) debt was incurred  1/1/2023

Last 4 digits of account number  Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.41 |

**Government of the District of Columbia -**
**Office of Unemployment Compensation**
**Tax Division 4th Floor**
**4058 Minnesota Ave. N.E.**
**Washington, DC 20019**

Date(s) debt was incurred  3/27/2023

Last 4 digits of account number  Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tax Authorities

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**GPA Aircraft Maintenance Llc**
**7300 Brataas Dr SW**
**Rochester, MN 55902**

Date(s) debt was incurred  6/3/2022

Last 4 digits of account number  Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Aircraft Cleaning Service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.54 |

**Graves Aviation LLC**
**3432 E Grandview**
**Mesa, AZ 85213**

Date(s) debt was incurred  9/13/2021

Last 4 digits of account number  Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Flight Operations - Airport Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,252.61 |

**Greater Toronto Airports Authority**
**3111 Convair Drive**
**Toronto**
**ON**
**L5P 1B2, Canada**

Date(s) debt was incurred  6/18/2021

Last 4 digits of account number  Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Flight Operations - Airport Fees

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Jet It LLC**
_____ Case number *(if known)* _____
Name

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,425.00** |
|---|---|---|---|

**Greenhouse Software**
**18 W. 18Th Street**
**New York City, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2023**

**Basis for the claim:  Recruiting**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greensboro Executive Airport**
**Attn:  Anthony Vogt**
**6334 Monnett Road**
**Climax, NC 27233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Hangar Bay Lease Agreement**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Greensboro High-Point Marriott Airport**
**One Marriott Drive**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2023**

**Basis for the claim:  Administrative Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Guillermo Palacios**
**16660 South Post Road**
**APT 203**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2022**

**Basis for the claim:  Contract Pilot Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212,736.83** |
|---|---|---|---|

**Gulfstream Aerospace Corporation**
**500 Gulfstream Road**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2022**

**Basis for the claim:  Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,179.86** |
|---|---|---|---|

**H.A.T. Enterprises S.A.**
**Aeroport Int'l Toussaint Louverture**
**73 Boulevard Toussaint Louverture**
**Zone Cargo Port-au-Prince**
**Port-au-Prince, Haiti 01387-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,100.00** |
|---|---|---|---|

**Hagerty Events LLC**
**P.O. Box 87**
**Traverse City, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2022**

**Basis for the claim:  Recruiting**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Jet It LLC**                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.136 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.136**

**Nonpriority creditor's name and mailing address**
**Hawthorne Global Aviation Services**
**1723 McCollum Parkway Northwest**
**Kennesaw, GA 30144**

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,036.88**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**Haystack Australia**
**89-16 Jamaica Avenue**
**Woodhaven, NY 11421**

Date(s) debt was incurred  **1/26/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Software Applications**

Is the claim subject to offset? ■ No ☐ Yes

**$6,615.00**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**HessJet**
**1069 Airport Road**
**Suite 500 - Hangar 4**
**Chattanooga, TN 37421**

Date(s) debt was incurred  **4/27/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,855.00**

---

**3.139**

**Nonpriority creditor's name and mailing address**
**HireRight, LLC**
**3349 Michelson Dr.**
**Suite 150**
**Irvine, CA 92612**

Date(s) debt was incurred  **1/30/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Background Checks**

Is the claim subject to offset? ☐ No ☐ Yes

**$606.57**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**Honeywell International Inc.**
**P.O. Box 93078,**
**Chicago, IL 93078**

Date(s) debt was incurred  **8/1/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ☐ No ☐ Yes

**$607,687.63**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**IAM Caribbean Inc.**
**P.O. 6045**
**Grantley Adams International Airport**
**Christ Church**
**Christ Church, Barbados 16000-0000**

Date(s) debt was incurred  **1/4/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$2,411.92**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**IAM Jet Centre Tortola Ltd.**
**P.O. Box 4416**
**Road Town**
**Tortola**
**VG1110, BVI**

Date(s) debt was incurred  **2/17/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$4,126.50**

Debtor    **Jet It LLC**                                        Case number *(if known)* _____
_____
Name

---

3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,523.45**
**Immaculate Flight LLC**
**5088 Corporate Exchange Blvd SE**
**Suite 210**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2023**

**Basis for the claim:**  **Aircraft Cleaning Service**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Improvements Company, LLC**
**c/o Agents & Corporations, Inc., RA**
**1201 Orange St, Suite 600**
**Wilmington, DE 19801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Charter Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,789.84**
**Insured Aircraft Title Service, LLC**
**21 EAST MAIN ST**
**Suite 100**
**Oklahoma City, OK 73104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2022**

**Basis for the claim:**  **Administrative Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,913.87**
**Isaac Sokol**
**8209 Marshall Court**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

**Basis for the claim:**  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00**
**J.A. Air Center**
**43W730 RT 30**
**Sugar Grove, IL 60554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:**  **Hangar Rent**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00**
**Jackson Jet Center**
**3815 Rickenbacker Street**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

**Basis for the claim:**  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$632.00**
**Jani-King of Memphis**
**3665 Wheeler Rd**
**Suite 1A**
**Memphis, TN 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2023**

**Basis for the claim:**  **Office Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Jet It LLC**                                              Case number (if known) _____
        _____
        Name

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

3.150 **Nonpriority creditor's name and mailing address**
**JD Distributors Inc.**
**134 North Conalco Dr**
**Jackson, TN 38301**

Date(s) debt was incurred  __1/6/2023__

Last 4 digits of account number  __Unknown__

As of the petition filing date, the claim is: Check all that apply.          **$465.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Office Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

3.151 **Nonpriority creditor's name and mailing address**
**Jet Support Services Inc.**
**167 North Green Street**
**Suite 1300**
**Chicago, IL 60607**

Date(s) debt was incurred  __2/28/2023__

Last 4 digits of account number  __Unknown__

As of the petition filing date, the claim is: Check all that apply.       **$227,748.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Aircraft Maintenance - Engine Programs__

Is the claim subject to offset? ■ No ☐ Yes

---

3.152 **Nonpriority creditor's name and mailing address**
**JetEast**
**32405 Aurora Road**
**Solon, OH 44139**

Date(s) debt was incurred  __4/13/2023__

Last 4 digits of account number  __Unknown__

As of the petition filing date, the claim is: Check all that apply.        **$40,895.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Aircraft Maintenance & Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

3.153 **Nonpriority creditor's name and mailing address**
**Jetex Flight Support**
**06EA, Dubai International Airport**
**P.O. Box 54698**
**Dubai, UAE**

Date(s) debt was incurred  __5/2/2022__

Last 4 digits of account number  __2965__

As of the petition filing date, the claim is: Check all that apply.       **$150,487.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Aviation Fuel__

Is the claim subject to offset? ■ No ☐ Yes

---

3.154 **Nonpriority creditor's name and mailing address**
**JetsPlus**
**4995 E Andersen Ave**
**Suite 100**
**Fresno, CA 93727**

Date(s) debt was incurred  __10/19/2022__

Last 4 digits of account number  __Unknown__

As of the petition filing date, the claim is: Check all that apply.        **$8,983.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Off Fleet Charter__

Is the claim subject to offset? ■ No ☐ Yes

---

3.155 **Nonpriority creditor's name and mailing address**
**Johnston County Tax Office**
**P.O. Box 63037**
**Charlotte, NC 28263**

Date(s) debt was incurred  __8/1/2022__

Last 4 digits of account number  __Unknown__

As of the petition filing date, the claim is: Check all that apply.           **$72.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

3.156 **Nonpriority creditor's name and mailing address**
**Kalitta Charters Llc**
**843 Willow Run**
**Ypsilanti, MI 48198**

Date(s) debt was incurred  __5/12/2022__

Last 4 digits of account number  __Unknown__

As of the petition filing date, the claim is: Check all that apply.          **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Background Checks__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Jet It LLC**
_____   Case number _(if known)_ _____

Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $90.43 |

**Kenny Harris**
**390 Dogwood Acres Ln**
**Madison, NC 27025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/2023**

Basis for the claim:  **Expense Reimbursement (Former Employee)**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,625.00 |

**Kevin's Aircraft Cleaning**
**629 Truslow Rd**
**Sarah, MS 38665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2023**

Basis for the claim:  **Aircraft Cleaning Service**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $143,911.57 |

**Keystone Aviation**
**303 N 2370 W**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2023**

Basis for the claim:  **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,139.95 |

**Kore Insurance Holdings, LLC**
**354 Eisenhower Parkway**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/2023**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,645.00 |

**L4DC LLC**
**Ronald Reagan Washington National Airpor**
**1 General Aviation**
**Terminal 7 Suite 213**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2022**

Basis for the claim:  **Aircraft Cleaning Service**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $11,120.00 |

**Lanier Flight Express LLC**
**1660 Palmour Dr**
**Hangar AA-5**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Date(s) debt was incurred  **8/16/2022**

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number  **Unknown**

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $24,693.75 |

**LaunchPad Lab**
**220 W Huron St.**
**Suite 2001**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **App Development**

Date(s) debt was incurred  **1/9/2023**

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number  **Unknown**

Debtor  **Jet It LLC**
_____
Name

Case number (if known) _____

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.36 |
|---|---|---|---|

**Lee County Port Authority**
**11000 Terminal Access Road**
**Suite 8671**
**Fort Myers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/17/2023**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,633.33 |
|---|---|---|---|

**LoneStar Aviators**
**8402 Nelms Street**
**Suite 203**
**Houston, TX 77061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/27/2022**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,057.20 |
|---|---|---|---|

**Luxaviation Group**
**1200 Brickell Avenue**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/18/2023**

Basis for the claim:  **Charter Refund**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.06 |
|---|---|---|---|

**Macon County Tax Collector**
**5 West Main Street**
**Franklin, NC 28734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/15/2021**

Basis for the claim:  **Aircraft Property Tax**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Magellan Jets**
**1250 Hancock Street**
**Suite 802N**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/20/2022**

Basis for the claim:  **Charter Refund**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,407.94 |
|---|---|---|---|

**Manny Aviation Services**
**Miguel Aleman**
**1500-5 Lerma De Villada Centro**
**San Mateo Atenco, Mexico 52000-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/11/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,158.60 |
|---|---|---|---|

**Manny Handling Support S.A. DE C.V.**
**Miguel Aleman**
**1500-5 Lerma De Villada Centro**
**San Mateo Atenco, Mexico 52000-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/8/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jet It LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,088.93**

Martin Aviation
19300 Ike Jones Road
Santa Ana, CA 92707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/2022

Basis for the claim:  Aircraft Maintenance & Parts

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,679.18**

McMillan LLP
181 Bay Street
Suite 4400 Brookfield Place
Toronto, ON
M5J 2T3, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/2022

Basis for the claim:  Legal Services

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,858.20**

Mecklenburg County Tax Collector
P.O. Box 71063
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/12/2022

Basis for the claim:  Aircraft Property Tax

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00**

Melbourne Airport Authority
1 Air Terminal Parkway
Suite 220
Melbourne, FL 32901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2023

Basis for the claim:  Flight Operations - Airport Fees

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,925.72**

Millington Airport Authority
8182 Hornet Avenue
Millington, TN 38053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/26/2023

Basis for the claim:  Administrative Services

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$539.76**

Moore County Tax Department
P.O. Box 457
Carthage, NC 28327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/20/2023

Basis for the claim:  Tax Authorities

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,888.50**

Morris Municipal Airport
9980 North Route 47
Morris, IL 60450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/27/2022

Basis for the claim:  Flight Operations - Airport Fees

Last 4 digits of account number  Unknown

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Jet It LLC**                                          Case number (if known)  _____
        Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |

**Moser Aviation, LLC**
**8001 S Interport Boulevard**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/2021**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |

**Mountain Communications Group**
**3200 Binnacle Drive**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2020**

Basis for the claim:  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.45 |

**MRB Aviation**
**226 Pilot Way**
**Martinsburg, WV 25405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2021**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,352.00 |

**National Air Transportation Association**
**818 Connecticut Avenue**
**NW Suite 900**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2021**

Basis for the claim:  **Industry & Tradeshows**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,151.58 |

**National Business Furniture**
**770 S 70th St**
**Milwaukee, WI 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2022**

Basis for the claim:  **Furniture & Fixtures**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**National Minority Supplier Development C**
**1359 Broadway**
**10th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  **Industry & Tradeshows**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,473.52 |

**Nav Canada**
**P.O. Box 9632**
**Station T**
**Ottawa, ON**
**K1G 6H1, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/11/2023**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Jet It LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,658.00** |

**Nav-Aids Ltd.**
**2955 Diab St**
**Montreal, Quebec**
**H4S 1M1, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/20/2022**

Basis for the claim:  **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.65** |

**New York State - DOT**
**7150 Republic Airport**
**Room 216**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,970.00** |

**Nexsen Pruet**
**P.O. Box 2426**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362.25** |

**NL Air Transport 2013 Inc.**
**9 Airport Road**
**Deer Lake, NL**
**A8A1A3, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/19/2021**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,173.08** |

**North Carolina Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2022**

Basis for the claim:  **Sales & Use Taxes**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,600.00** |

**Northern Jet Management**
**5500 44th Street Southeast**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2022**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.11** |

**Northwest Regional Airport Authority TVC**
**727 Fly Don't Drive**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Jet It LLC**    Case number (if known) _____
_____
Name

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,312.87 |
|---|---|---|---|

**Nova Jet Aviation Group**
**2450 Derry Rd E**
**Mississauga**
**ON**
**L5S 1B2, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**Oakland County Airports**
**6500 Patterson Parkway**
**Waterford, MI 48327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,178.44 |
|---|---|---|---|

**Office Furniture2go.com**
**8092 Memphis Ave**
**Suite 113**
**Millington, TN 38053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2022**

Basis for the claim:  **Office Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,860.50 |
|---|---|---|---|

**On-Wing Consulting, Inc.**
**2804 N Windsor Blvd**
**Oklahoma City, OK 73127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2022**

Basis for the claim:  **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Pace Public Relations, INC.**
**315 West 70th Street**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2023**

Basis for the claim:  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,388.62 |
|---|---|---|---|

**PacMin Inc.**
**2021 Raymer Avenue**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/2022**

Basis for the claim:  **Marketing - Aircraft Models**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |
|---|---|---|---|

**Paracorp Inc DBA Parasec**
**2804 Gateway Oaks Drive #100**
**Sacramento, CA 95816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/2023**

Basis for the claim:  **Registered Agent Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Jet It LLC**                                                     Case number *(if known)* _____
_____
Name

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,488.00** |

**Pass Charters**
**South Service Drive**
**Waterford Township, MI 48327**

Date(s) debt was incurred  **5/19/2023**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charter Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,350.00** |

**Paula Duerksen**
**2251 North Longwood Circle**
**Wichita, KS 67226**

Date(s) debt was incurred  **05/22/2023**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,581.36** |

**Peter Millar, LLC**
**P.O. Box 744420**
**Atlanta, GA 30374**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,840.00** |

**Pittsburgh Jet Center**
**1859 Pennsylvania 588**
**Zelienople, PA 16063**

Date(s) debt was incurred  **1/24/2022**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,494.58** |

**Port Authority Of NY & NJ (Teterboro)**
**LBX 1517**
**P.O. Box 95000**
**Philadelphia, PA 19195**

Date(s) debt was incurred  **4/1/2021**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.20** |

**Port Of Seattle**
**P. O. Box 24507**
**Port of Seattle KM/WTC**
**Seattle, WA 98124**

Date(s) debt was incurred  **10/26/2022**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,983.00** |

**Premier Private Jets**
**2580 Southeast Aviation Way**
**Suite 201**
**Stuart, FL 34996**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jet It LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.206**

**Nonpriority creditor's name and mailing address**

**Preston Park Office Center LLC**
**4975 Preston Park Boulevard**
**Suite 15**
**Plano, TX 75093**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,609.44**

---

**3.207**

**Nonpriority creditor's name and mailing address**

**Prime Appearance**
**P.O. Box 22691**
**New York City, NY 10087**

Date(s) debt was incurred  **12/4/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Cleaning Service**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,255.00**

---

**3.208**

**Nonpriority creditor's name and mailing address**

**Prime Trip Support DMCC**
**Jumeirah Bay X3 Tower**
**Suite 3701**
**JLT Dubai**
**United Arab Emirates**

Date(s) debt was incurred  **3/31/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,920.00**

---

**3.209**

**Nonpriority creditor's name and mailing address**

**ProOne Inc. Aircraft Detailing**
**2664 Lamplight Circle**
**High Point, NC 27265**

Date(s) debt was incurred  **4/27/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Cleaning Service**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,400.00**

---

**3.210**

**Nonpriority creditor's name and mailing address**

**PSA Airlines, Inc.**
**1000 Rosedale Avenue**
**Middletown, PA 17057**

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Background Checks**

Is the claim subject to offset? ☒ No ☐ Yes

**$300.00**

---

**3.211**

**Nonpriority creditor's name and mailing address**

**Pulsar Informatics Inc.**
**1424 Fourth Avenue**
**Suite 414**
**Seattle, WA 98101**

Date(s) debt was incurred  **3/20/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Software Applications**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,250.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**

**Pye Barker Fire & Safety, LLC**
**P.O. Box 735358**
**Dallas, TX 75373**

Date(s) debt was incurred  **1/26/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative Services**

Is the claim subject to offset? ☒ No ☐ Yes

**$140.00**

---

Debtor  **Jet It LLC**
         Name                                                    Case number *(if known)* _____

---

3.213 | **Nonpriority creditor's name and mailing address**
**RecruitMilitary, LLC**
**1545 Crossways Boulevard**
**Chesapeake, VA 23320**

Date(s) debt was incurred  **4/14/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$6,827.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.214 | **Nonpriority creditor's name and mailing address**
**Red Wing Aeroplane**
**7141 148Th Ave**
**Bay City, WI 54723**

Date(s) debt was incurred  **4/17/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$16,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset? ■ No ☐ Yes

---

3.215 | **Nonpriority creditor's name and mailing address**
**Region of Waterloo**
**Finance Department**
**Kitchener, ON**
**N2G 4J3, Canada**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$248.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flight Operations - Airport Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.216 | **Nonpriority creditor's name and mailing address**
**Ritter Communications**
**Attn: Payment Processing**
**P.O. Box 709**
**Searcy, AR 72145**

Date(s) debt was incurred  **12/23/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$357.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Services**

Is the claim subject to offset? ■ No ☐ Yes

---

3.217 | **Nonpriority creditor's name and mailing address**
**Robb Report Media Llc**
**11175 Santa Monica Blvd**
**9th Floor**
**Los Angeles, CA 90025**

Date(s) debt was incurred  **4/30/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing, Public Relations & Events**

Is the claim subject to offset? ■ No ☐ Yes

---

3.218 | **Nonpriority creditor's name and mailing address**
**Rocket Fuel Labs**
**2223 Avenida De La Playa**
**Suite 206**
**La Jolla, CA 92037**

Date(s) debt was incurred  **2/19/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$207,248.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing, Public Relations & Events**

Is the claim subject to offset? ■ No ☐ Yes

---

3.219 | **Nonpriority creditor's name and mailing address**
**Rockwell Collins**
**400 Collins Rd. NE**
**Cedar Rapids, IA 52498**

Date(s) debt was incurred  **12/27/2021**

Last 4 digits of account number  **0304**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$128,185.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Maintenance & Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Jet It LLC**                                                Case number *(if known)* _____
          Name

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**RTAG**
**605 Christel Sun Lane**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/24/2022**

Basis for the claim: **Recruiting**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.14** |
|---|---|---|---|

**Saint John Aeronautical Airport**
**4180 Loch Lomond Road**
**Saint John, NB**
**E2N 1L7, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/15/2022**

Basis for the claim: **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,242.09** |
|---|---|---|---|

**Salesforce.Com**
**P.O. Box 203141**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/25/2023**

Basis for the claim: **Business Software Applications**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.49** |
|---|---|---|---|

**Sampson County Tax Collector**
**P.O. Box 207**
**Clinton, NC 28328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/6/2022**

Basis for the claim: **Aircraft Property Tax**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**San Diego County Regional Airport Auth.**
**P.O. Box 81323**
**San Diego, CA 92138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/12/2022**

Basis for the claim: **Tax Authorities**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,788.00** |
|---|---|---|---|

**Sawyer Aviation, LLC**
**14600 North Airport Drive**
**Second Floor**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/20/2022**

Basis for the claim: **Off Fleet Charter**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$779.03** |
|---|---|---|---|

**Servair S.A.**
**Avenida Gustavo Mej a Ricart No.93**
**Santo Domingo**
**Distrito Nacional**
**Dominican Republic**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/16/2022**

Basis for the claim: **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Jet It LLC**                                          Case number *(if known)* _____
_____
Name

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**SkyBridge**
**16534 Louisville Place**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2022**

**Basis for the claim:**  **Recruiting**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630.25** |
|---|---|---|---|

**Snap-On Industrial**
**21755 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2021**

**Basis for the claim:**  **Tooling**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,932.00** |
|---|---|---|---|

**Soulbird**
**7200 Millionaire Dr**
**Bethany, OK 73008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2022**

**Basis for the claim:**  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,608.00** |
|---|---|---|---|

**Southwest Aircraft Charter**
**1675 E Ryan Road**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

**Basis for the claim:**  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Speedbird**
**235 Nilson Way**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/2022**

**Basis for the claim:**  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,408.03** |
|---|---|---|---|

**Standard Aero Business Aviation**
**6710 N. Scottsdale Road**
**Suite 250**
**Scottsdale, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/29/2022**

**Basis for the claim:**  **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.75** |
|---|---|---|---|

**State of Nevada Department of Taxation**
**1550 College Parkway**
**Suite 115**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2022**

**Basis for the claim:**  **Employer Tax**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Jet It LLC**                                                    Case number (if known) _____
_____
Name

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**3.234**

Nonpriority creditor's name and mailing address
**Stovetop Visuals**
**105 Breezeway Lane**
**Greensboro, NC 27405**

Date(s) debt was incurred  **11/29/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing, Public Relations & Events**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.235**

Nonpriority creditor's name and mailing address
**Stratos Jet Charters, Inc.**
**321 North Crystal Lake Drive**
**#200**
**Orlando, FL 32803**

Date(s) debt was incurred  **3/20/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charter Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$15,580.00**

---

**3.236**

Nonpriority creditor's name and mailing address
**Summit Aviation, Inc.**
**490 Wings Way**
**Belgrade, MT 59714**

Date(s) debt was incurred  **5/22/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Off Fleet Charter**

Is the claim subject to offset? ■ No ☐ Yes

**$3,916.00**

---

**3.237**

Nonpriority creditor's name and mailing address
**Sun 'n Fun Fly-In, Inc.**
**4075 James C. Ray Drive**
**Lakeland, FL 33811**

Date(s) debt was incurred  **5/4/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recruiting**

Is the claim subject to offset? ■ No ☐ Yes

**$749.00**

---

**3.238**

Nonpriority creditor's name and mailing address
**Surry County Tax Collector**
**P.O. Box 576**
**Dobson, NC 27017**

Date(s) debt was incurred  **9/13/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Authorities**

Is the claim subject to offset? ■ No ☐ Yes

**$76.46**

---

**3.239**

Nonpriority creditor's name and mailing address
**Tax Collector City of Burlington**
**P.O. Box 1358**
**Burlington, NC 27216**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Aircraft Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$407.93**

---

**3.240**

Nonpriority creditor's name and mailing address
**TEM Enterprises**
**12 Greenway Plaza**
**4th Floor, Mailbox 30**
**Houston, TX 77046**

Date(s) debt was incurred  **8/16/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Background Checks**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **Jet It LLC**
_____   Case number (if known) _____
Name

| | |
|---|---|
| 3.241 | |

**Nonpriority creditor's name and mailing address**
**Tharanco Lifestyles, LLC**
**c/o The CIT Group Commercial Services In**
**P.O. Box 1036**
**Charlotte, NC 28201**

Date(s) debt was incurred  **4/11/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uniforms**

Is the claim subject to offset? ☐ No  ☐ Yes

$111.94

---

| | |
|---|---|
| 3.242 | |

**Nonpriority creditor's name and mailing address**
**The District Municipality of Muskoka**
**70 Pine Street**
**Bracebridge, ON**
**P1L 1N5, Canada**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Flight Operations - Airport Fees**

Is the claim subject to offset? ☐ No  ☐ Yes

$121.81

---

| | |
|---|---|
| 3.243 | |

**Nonpriority creditor's name and mailing address**
**The Dixie Building, LLC**
**101 South Elm Street Suite101**
**Greensboro, NC 27401**

Date(s) debt was incurred  **2023-2025**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Past Due Office Rent (NC)**

Is the claim subject to offset? ☐ No  ☐ Yes

$176,244.80

---

| | |
|---|---|
| 3.244 | |

**Nonpriority creditor's name and mailing address**
**The Safety Specialists**
**120 Carlanna Lake Road**
**Ketchikan, AK 99901**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Industry & Tradeshows**

Is the claim subject to offset? ☐ No  ☐ Yes

$51.04

---

| | |
|---|---|
| 3.245 | |

**Nonpriority creditor's name and mailing address**
**Timothy Hofeling**
**9027 Cook Farm Rd**
**Belews Creek, NC 27009**

Date(s) debt was incurred  **5/22/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Expense Reimbursement (Former Employee)**

Is the claim subject to offset? ■ No  ☐ Yes

$372.90

---

| | |
|---|---|
| 3.246 | |

**Nonpriority creditor's name and mailing address**
**Toledo-Lucas County Port Authority**
**11013 Airport Highway**
**Box 11**
**Swanton, OH 43558**

Date(s) debt was incurred  **1/12/2023**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Flight Operations - Airport Fees**

Is the claim subject to offset? ☐ No  ☐ Yes

$79.94

---

| | |
|---|---|
| 3.247 | |

**Nonpriority creditor's name and mailing address**
**Top Producer International, LLC**
**1300 S Prairie Ave**
**Fairmont, MN 56031**

Date(s) debt was incurred  **11/10/2021**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Marketing, Public Relations & Events**

Is the claim subject to offset? ■ No  ☐ Yes

$4,500.00

---

| Debtor | **Jet It LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$962.97** |
|---|---|---|---|

Torn Ranch
2198 South McDowell Boulevard
Petaluma, CA 94954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2022**

**Basis for the claim:**  **In-Cabin Snacks**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.25** |
|---|---|---|---|

Town of La Ronge
Box 5680
La Ronge
SK
S0J 1L0, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2022**

**Basis for the claim:**  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
|---|---|---|---|

TrainingBoom
494 Althea Lane
Collierville, TN 38017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/2023**

**Basis for the claim:**  **Business Software Applications**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,715.32** |
|---|---|---|---|

Trinity Consultants Inc.
P.O. Box 972047
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

**Basis for the claim:**  **Environmental Site Survey**

Last 4 digits of account number  **0039**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

TTL Tool Testing Lab
11601 North Dixie Drive
Tipp City, OH 45371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2023**

**Basis for the claim:**  **Tooling**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,294.31** |
|---|---|---|---|

United Van Lines, LLC
c/o Vic H. Henry & Emileigh Hubbard
Henry Oddo Austin & Fletcher, P.C.
1717 Main Street, Suite 4600
Denison, TX 75021

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **02/25/2022**

**Basis for the claim:**  **Employee Relocation Services**

Last 4 digits of account number  **None**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,786.24** |
|---|---|---|---|

Vail Valley Jet Center
0871 Cooley Mesa Rd.
Gypsum, CO 81637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2023**

**Basis for the claim:**  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Jet It LLC**
_____     Case number _(if known)_  _____
Name

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $16,900.00 |

**Valley Air Services**
**321 James Street**
**Suite 101**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/29/2022**

Basis for the claim:  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $405.79 |

**Vancouver Airport Authority**
**P.O. Box 44638**
**YVR Domestic Terminal RPO**
**Richmond, BC**
**V7B 1W2, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,213.00 |

**Vector - ASPEN**
**P.O. Box 787061**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $761.95 |

**Vector - Cape Cod Gateway Airport**
**P.O. Box 787061**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,600.00 |

**Vector - East Hampton Airport**
**P.O. Box 787061**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $275.60 |

**Vector - Long Island MacArthur**
**P.O. Box 787061**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $375.00 |

**Vector - Marthas-Vineyard Airport**
**P.O. Box 787061**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Jet It LLC**                                               Case number *(if known)* _____
         Name

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.34 |

**Vector-Allegheny County Airport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2022**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.30 |

**Vector-Boeing Field/King Co**
**Vector-Boeing Field/King Co,**
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 |

**Vector-Cobb County International Airport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/18/2022**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.00 |

**Vector-Coeur D'Alene Airport-Pappy Boyin**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/12/2022**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.03 |

**Vector-Corpus Christi International Airp**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2022**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,950.10 |

**Vector-Dallas Love Field**
P.O. Box 206427
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2021**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.60 |

**Vector-Eugene F. Kranz Toledo**
**Express Airport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2023**

**Basis for the claim:** **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Jet It LLC**
_____ Case number _(if known)_ _____
Name

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$121.00** |

**Vector-Friedman Memorial Airport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$873.70** |

**Vector-Glacier Park International Airpor**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,531.79** |

**Vector-Massport**
**Vector Airport System**
**Massport Hanscom Field**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/11/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$310.00** |

**Vector-Napa County Airport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$632.88** |

**Vector-Portland Jetport**
**Vector-Portland Jetport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$395.01** |

**Vector-Santa Barbara Airport**
**Vector Airport System-Dallas Love Field**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$59.40** |

**Vector-Sikorsky Airport**
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Jet It LLC**                                          Case number *(if known)* _____
_____
Name

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.89 |

**Vector-Sonoma County Airport**
P.O. Box 787061
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/7/2022**

**Basis for the claim:**  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646.84 |

**Vector-Tallahassee**
P.O. Box 787061
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2023**

**Basis for the claim:**  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |

**Vector-Texarkana Regional Airport Webb F**
P.O. Box 787061
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2020**

**Basis for the claim:**  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.25 |

**Vector-Wilmington Airport**
P.O. Box 787061
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2023**

**Basis for the claim:**  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,697.60 |

**Ventura Air Services**
8100 Republic Airport
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:**  **Off Fleet Charter**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**VIR Operations**
1245 Pine Tree Road
**Alton, VA 25420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2022**

**Basis for the claim:**  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,570.40 |

**Wake County Tax Administration**
P.O. Box 580084
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/11/2021**

**Basis for the claim:**  **Aircraft Property Tax**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Jet It LLC**                                                    Case number (if known)
_____
Name

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260.02** |
|---|---|---|---|

**Waste Management of Carolinas, Inc.**
**Winston-Salem Hauling**
P.O. Box 42930
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/17/2023**

Basis for the claim:  **Administrative Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**Wayne County Airport Authority**
11050 Rogell Dr
Bldg 602
Detroit, MI 48242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,930.52** |
|---|---|---|---|

**Web Manuals Inc**
900 Third Avenue
29th Floor
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2023**

Basis for the claim:  **Business Software Applications**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,702.96** |
|---|---|---|---|

**West Michigan Airport Authority**
270 S River Avenue,
Holland, MI 49423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/2022**

Basis for the claim:  **Runway Excursion - Repair & Recovery Costs**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**West Point Association of Graduates**
698 Mills Road
West Point, NY 10996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2022**

Basis for the claim:  **Marketing, Public Relations & Events**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,656.70** |
|---|---|---|---|

**West Star Aviation**
#2 Airline Court
East Alton, IL 62024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2022**

Basis for the claim:  **Aircraft Maintenance & Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Westfield-Barnes Regional Airport**
110 Airport Road
Suite 207
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

Basis for the claim:  **Flight Operations - Airport Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Jet It LLC**

Case number *(if known)* _____

Name

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |

**Westmoreland County Airport Authority**
**148 Aviation Lane**
**Latrobe, PA 15650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2/2022**

Basis for the claim: **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.41 |

**Wilkes County Tax Office**
**110 North Street**
**Wilkesboro, NC 28697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2022**

Basis for the claim: **Aircraft Property Tax**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.48 |

**Winnipeg Airports Authority Inc.**
**249-2000 Wellington Avenue**
**Winnipeg, MB**
**R3H 1C2, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/30/2022**

Basis for the claim: **Flight Operations - Airport Fees**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735,695.52 |

**World Fuel Services Inc.**
**2458 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/27/2023**

Basis for the claim: **Aviation Fuel**

Last 4 digits of account number **0505**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |

**Worth Acquisition Group LLC**
**File 2214**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2022**

Basis for the claim: **Marketing, Public Relations & Events**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.50 |

**WSI - North Dakota Workforce Safety & In**
**1600 E Century Ave**
**Suite 1**
**P.O. Box 5585**
**Bismarck, ND 58506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2022**

Basis for the claim: **Workers Compensation Insurance Premium**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**Wyndham Championship**
**3211 Forsyth Drive**
**Greensboro, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/9/2022**

Basis for the claim: **Marketing, Public Relations & Events**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Jet It LLC**                                                       Case number (if known) _____
_____
Name

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,568.72 |
|---|---|---|---|

3.297  **Nonpriority creditor's name and mailing address**
**Wyoming Department of Workforce Services**
**Wyoming Workers Compensation**
**P.O. Box 20006**
**Cheyenne, WY 82003**

Date(s) debt was incurred  **12/8/2022**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.    **$7,568.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Authorities - Workers Compensation**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

3.298  **Nonpriority creditor's name and mailing address**
**YourMembship.Com, Inc.**
**Dept. 3461**
**P.O. Box 123461**
**Dallas, TX 75312**

Date(s) debt was incurred  **12/11/2020**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: Check all that apply.    **$2,445.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recruiting**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berger McDermott LLP**<br>**David B. Anthony/Zachary J. Schnapp**<br>**1105 North Market Street, 11th Floor**<br>**Wilmington, DE 19801** | Line **3.108**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **GoGo Business Aviation LLC**<br>**105 Edgeview Dr**<br>**Suite 300**<br>**Broomfield, CO 80021** | Line **3.122**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Henry Oddo Austin & Fletcher**<br>**Vic Houston Henry, Esq.**<br>**1717 Main Street, Suite 4600**<br>**Dallas, TX 75201** | Line **3.253**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Porter, Wright, Morris & Arthur, LLP**<br>**Syed Ahmadul Huda**<br>**41 South High Street, Suite 2800-3100**<br>**Columbus, OH 43215** | Line **3.106**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Ryan D Moffitt, Esq.**<br>**The Vernon Law Firm**<br>**Post Office Drawer 2958**<br>**Burlington, NC 27216-2958** | Line **3.243**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **The Dixie Building, LLC**<br>**Attn:  Landlord**<br>**3102 Commerce Place**<br>**Burlington, NC 27215** | Line **3.243**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **The Dixie Building, LLC**<br>**PO Box 96**<br>**Elon, NC 27244** | Line **3.243**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Jet It LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Tiffany & Bosco P.A.**<br>**Lance Broberg/Kyle J. Kopinski**<br>**Seventh Floor Camelback Espalande II**<br>**2525 East Camelback Road**<br>**Phoenix, AZ 85016** | Line __3.144__<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**1225 Franklin Ave, Suite 260**<br>**Garden City, NY 11530** | Line __3.15__<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**285 Davidson Ave Suite 307**<br>**Somerset, NJ 08873** | Line __3.16__<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**285 Davidson Ave Suite 307**<br>**Somerset, NJ 08873** | Line __3.18__<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**285 Davidson Ave Suite 307**<br>**Somerset, NJ 08873** | Line __3.19__<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**285 Davidson Ave Suite 307**<br>**Somerset, NJ 08873** | Line __3.21__<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**285 Davidson Ave Suite 307**<br>**Somerset, NJ 08873** | Line __3.22__<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | **Zwicker & Associates, P.C.**<br>**Robert Ross, Esq.**<br>**285 Davidson Ave Suite 307**<br>**Somerset, NJ 08873** | Line __3.23__<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                 1,569.54 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 9,723,158.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.          $ | 9,724,727.94 |

**Fill in this information to identify the case:**

Debtor name    **Jet It LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Hangar Bay Lease Agreement, 1 year agreement commencing on November 1, 2023 and ending on October 31, 2024, leasing hangar number 29 at the Greensboro Executive Airport, 6334 Monnett Road, Greensboro, NC 27233.** | |
| | State the term remaining | **1 Year Lease terminating on 10/31/2024** | **Greensboro Executive Airport Attn:  Anthony Vogt 6334 Monnett Road Climax, NC 27233** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **Jet It LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Christopher Gray** | **430 Belton Road**<br>**Ripley, TN 38063** | **United Van Lines, LLC** | ☐ D _____<br>■ E/F __3.253__<br>☐ G _____ |
| 2.2 | **Glenn M. Gonzales** | **5820 N Church St Ste D**<br>**Greensboro, NC 27455** | **The Dixie Building, LLC** | ☐ D _____<br>■ E/F __3.243__<br>☐ G _____ |
| 2.3 | **Graves Aviation, LLC** | **c/o A Registered Agent, Inc., RA**<br>**8 The Green, Suite A**<br>**Dover, DE 19901**<br>**Co-Defendant on Lawsuit** | **FlyAdvanced Maintenance, LLC** | ☐ D _____<br>■ E/F __3.108__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Jet It LLC**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$22,555,679.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Insurance Refund from K2 Placements** | **$38,052.54** |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **CARES Act Employee Retention Credit Refund** | **$69,455.78** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **CARES Act Employee Retention Credit Refund** | **$651,462.31** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Debtor   **Jet It LLC** _____   Case number _(if known)_ _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   | --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   | --- | --- | --- | --- |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   | --- | --- | --- | --- | --- |
   | 7.1. | American Express Travel Related Services Company, Inc. v. Jet It LLC 162311/2023 | Civil Lawsuit | New York Supreme Court, New York County New York County Courthouse 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.2. | Improvements Company, Inc. v. Jet It LLC CV2024-008948 | Civil Lawsuit | Arizona Superior Court, Maricopa County 101 W Madison St Phoenix, AZ 85003 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor **Jet It LLC**                                              Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Flyadvanced Maintenance, LLC v. Jet It, LLC, et al.**<br>N24C-02-227 PAW | **Civil Lawsuit** | **Delaware Superior Court, New Castle City Leonard L. Williams Justice Center 500 North King Street Wilmington, DE 19801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **United Van Lines, LLC v. Jet It, LLC, et al.**<br>4:23-cv-03373 | **Civil Lawsuit (Settled by co-defendant and dismissed)** | **USDC, Southern District of Texas 515 Rusk Street, Courtroom 9F Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. **American Express Travel Related Services Company, Inc. v. Jet It LLC F/K/A Jet It Services LLC**<br>151353/2024 | **Civil Lawsuit** | **New York Supreme Court, New York County 60 Centre Street New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **FlightSafety International v. Jet It LLC**<br>24CV000397 | **Civil Lawsuit** | **Franklin Cty Courts of Common Pleas, OH 345 S High Street Columbus, OH 43215** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **State of North Dakota by Workforce Safety & Insurance v. Jet It LLC**<br>08-2024-CV-00038 | **Civil Lawsuit** | **Burleigh County District Ct., N. Dakota South Central Judicial District 514 E. Thayer Ave Bismarck, ND 58501** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. **American Express National Bank v. Jet It LLC, et al.**<br>23CVD0009734-400 | **Civil Lawsuit** | **Guilford Cty District Ct, Greensboro, NC 201 South Eugene Street Greensboro, NC 27401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Federal Aviation Administration**<br>Unknown | **Fines regarding alleged violation** | **Federal Aviation Administration 33 Liberty Street New York, NY 10045** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.10. **The Dixie Building, LLC v. Jet It, LLC**<br>25CV004206-000 | **Civil Litigation (Breach of Contract)** | **Alamance Cty Superior Court, NC Alamance County Historical Courthouse 1 Court Square Graham, NC 27253** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Jet It LLC**                                                Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Rothschild LLP**<br>**2000 Market St., 10th fl**<br>**Philadelphia, PA 19103** | | **08/14/2025** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:** **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Jet It LLC**                                         Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **125 S. Elm Street, Suite 300 Greensboro, NC 27401** | **01.2020 - 08.2023** |
| 14.2. | **Greensboro Executive Airport 6334 Monnett Road, Hangar 29 Climax, NC 27233** | **11.01.2023 to Present** |
| 14.3. | **Jet It Millington Airport Hangar 8182 Hornet Avenue, Hangar N-798 Millington, TN 38053** | **2021-2023** |
| 14.4. | **Preston Park Financial Center East 4965 Preston Park Blvd Plano, TX 75093** | **2022-2023** |
| 14.5. | **5820 N. Church Street, Ste D PMB #357 Greensboro, NC 27455** | **2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

    **Names, Addresses, Passport, Social Security Numbers, DOB, Billing Information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ☑ Yes. Fill in below:
        Name of plan                                      Employer identification number of the plan
        **Jet It 401k Plan (Terminated 06/16/2023)**        EIN:  **82-2469456**

Debtor    **Jet It LLC**                                                                 Case number *(if known)*

Has the plan been terminated?
☐ No
■ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

Debtor  **Jet It LLC**                                                         Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Protocom Aviation dba Jet It Flight Operations Hampton Road Executive Airport 5172 W. Military Highway, Suite C Chesapeake, VA 23321** | **A VA company that was purchased by the Debtor in 2019 for the sole purpose of housing a FAA charter certificate.  There were no employees and was under Debtor's control thorugh acquisition since a FAA Part 15 charter certificate can only be purchased as a company through equity, and not as an asset.  The certificates have since been relinquished.** | **EIN:    Unknown**<br><br>**From-To    2019 - 2023** |
| 25.2. | **Jet-It Canada Corp. (C-Corp) 181 Bay Street, 44000 Toronto, Ontario Canada  M5J2T3** | **Private Aircraft Management Operations (Additional Address:  1000-1244 RUE Peel, Montreal Quebec H3B2T9 Canada)** | **EIN:    Ontario Corporation Number: 5047730**<br><br>**From-To    12/17/2020 - 05/19/2023** |
| 25.3. | **Jet Canada Management Co. 125 S. Elm Street, Suite 300 Greensboro, NC 27401** | **Manage Jet It Canadian operations** | **EIN:    85-4209676**<br><br>**From-To    12/07/2020 - 05/19/2023** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor  **Jet It LLC**                                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **CPA by Choice**<br>**5803 NW 151st Street, Suite 201**<br>**Hialeah, FL 33014** | **2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **CPA by Choice**<br>**5803 NW 151st St. Suite 201**<br>**Hialeah, FL 33014** | **2021 - 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **CPA by Choice**<br>**5803 NW 151st St., Suite 201**<br>**Hialeah, FL 33014** | **2021 - Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **LoJet Holdings LLC**<br>**712 5th Avenue, 14th Floor**<br>**New York, NY 10019** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Glenn Gonzales** | **5820 N. Church St Ste D**<br>**PMB 357**<br>**Greensboro, NC 27455** | **Managing Member & CEO** | **26.7890%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Crawford** | **5820 N. Church St Ste D**<br>**PMB 357**<br>**Greensboro, NC 27455** | **Chief Operating Officer** | **0%** |

Debtor  **Jet It LLC**         Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LoJet Holdings LLC** | **712 5th Avenue, 14th Floor New York, NY 10019** | **Investor** | **44.3553%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rich Vogel** | **712 5th Avenue, 14th Floor Greensboro, NC 27455** | **Board Member** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lock Jet Partners LLC** | **712 Fifth Avenue, 7th Floor New York, NY 10019** | **Investor** | **.9633%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vishal Hiremath** | **300 Waycross Drive Greensboro, NC 27410** | **Co-Founder** | **20.0917%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Microrapter, LLC** | **101 S. 5th Street, Suite 1950 Louisville, KY 40202** | **Investor** | **2.7523%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Locksetp Ventures Fund I, L.P.** | **712 Fifth Avenue, 7th Floor New York, NY 10019** | **Board Observer** | **5.5046%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wyandanch Partners, L.P.** | **645 Madison Avenue, 20th Floor New York, NY 10022** | **Investor** | **2.7523%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Jet It LLC**                                        Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Jet It LLC** _____    Case number (if known) _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 24, 2025**

_____        **Glenn Gonzales**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member & CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
District of Delaware

In re   **Jet It LLC**

                                                Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 24, 2025**

**Glenn Gonzales/Managing Member & CEO**
Signer/Title

Jet It LLC
5820 N. Church St.,
Suite D, PMB 357
Greensboro, NC 27455

Howard A. Cohen
Fox Rothschild LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801

Aero Star
7515 Lemmon Ave
Dallas, TX 75209

Agenus Inc.
3 Forbes Road
Lexington, MA 02421

Agile Premium Finance
P.O. Box 549
Newark, NJ 07101

Air Charter Safety Foundation
818 Connecticut Avenue NW
Suite 900
Washington, DC 20006

Aircraft Performance Group LLC
4348 Woodlands Blvd., #200
Castle Rock, CO 80104

Aircraft Specialties Inc.
9949 South 134th Street
Omaha, NE 68138

Airgas USA
P.O. Box 9249
Marietta, GA 30065

Airplane Intel Inc.
1200 SW 60th Avenue
Suite 105
Ocala, FL 34474

AirSmart - Steelman Aviation, Inc
2705 Airport Drive
North Las Vegas, NV 89032

Airsync
126 Lullaby Ct
Germantown, MD 20874

Akron-Canton Regional Airport
5400 Lauby Road
North Canton, OH 44720

Alamance County Tax Collector
124 W. Elm St
Graham, NC 27253

Allegheny County Airport Authority
PP10, 1 P.O. Box
Pittsburgh, PA 15264

Alliance Aviation Services
2221 Alliance Boulevard
Suite 100
Fort Worth, TX 76177

American Express National Bank
P.O. Box 981531
El Paso, TX 79998

American Express Travel Related Services
Company, Inc.
200 Vesey Street
New York, NY 10285

American Jet International
8501 Telephone Rd
Houston, TX 77061

Ameriflight, Human Resources
P.O. Box 612763
DFW Airport, TX 75261

Armstrong Relocation
1405 Crescent
Carrollton, TX 75006

ASI Charter, Inc.
12340 East Control Tower Road
Englewood, CO 80112

Atlantic Aviation AGC
P.O. Box 784301
Philadelphia, PA 19178

Avaya Inc.
10600 South Pennsylvania Avenue
Suite 16-719
Oklahoma City, OK 73170

Avaya RingCentral
20 Davis Drive,
Belmont, CA 94002

Aviation International News
214 Franklin Avenue
Midland Park, NJ 07432

Avion Aero
Hangar 6 - Wiley Post Airport
7200 Millionaire Drive
Bethany, OK, OK 73008

Avports LLC
P.O. Box 16860
Washington, DC, DC 20041

Bank of Utah
2605 Washington Boulevard
Ogden, UT 84401

Banyan Air Services, Inc.
5360 NW 20 Terrace
Fort Lauderdale, FL 33309

Bee Content Design Inc.
450 Townsend St.
1st Floor
San Francisco, CA 94107

BellAir
1122 Oberlin Rd,
Raleigh, NC 27605

Berger McDermott LLP
David B. Anthony/Zachary J. Schnapp
1105 North Market Street, 11th Floor
Wilmington, DE 19801

Bluetail, Inc
2390 East Camelback Road, Suite 130
Phoenix, AZ 85016

Boca Aircraft Maintenance
3300 Airport Road, Hangar 2 Suite 121
Boca Raton, FL 33431

Boeing Digital Solutions, Inc.
P.O. Box 840864
Dallas, TX 75284

BoldIQ, Inc.
731 Harvard Ave E
Seattle, WA 98102

Brazos Valley Air Charter
8720 Jack Bates Avenue
Tulsa, OK 74132

Broome County Department of Aviation
Greater Binghamton Airport
2534 Airport Road, 16
Johnson City, NY 13790

Brunswick County Revenue Dept
P.O. Box 580335
Charlotte, NC 28258

Buncombe County Tax Collections
P.O. Box 3140
Asheville, NC 28802

Business Aviation Law Group
631 US 1, STE 410
North Palm Beach, FL 33408

Business Jet Managers, Inc.
824 West Willow Run Airport
Ypsilanti, MI 48198

Cabarrus County Tax Collector
P.O. Box 707
Concord, NC 28026

Caelus
P.O. Box 470
Bronston, KY 42518

Camp Systems International Inc.
999 Marconi Avenue
Ronkonkoma, NY 11779

Carolina Core Machine
125 S Elm Street
Greensboro, NC 27401

Carolina GSE, Inc
2408 Charles Boulevard
Suite 1
Greenville, NC 27858

Carruthers & Roth, P.A.
235 N. Edgeworth Street
P. O. Box 540
Greensboro, NC 27402

Carteret County
302 Courthouse Square
Beaufort, NC 28516

Century Jets
3028 Travis Pond Road
Williamsburg, VA 23185

Cherokee County Tax Collector
75 Peachtree Street
Suite 225
Murphy, NC 28906

Chicago Jet Group
522 Route 30
Sugar Grove, IL 60554

Christopher Gray
430 Belton Road
Ripley, TN 38063

Christopher Gray & Gwyn Gray
430 Belton Road
Ripley, TN 38063

Cision US Inc.
P.O. Box 419484
Boston, NC 02241

City of Dryden
30 Van Horne Avenue
Dryden
ON
P8N 2A7, Canada

City of Greensboro
Collections Division
P.O. Box 26120
Greensbro, NC 27402

City of Monroe NC
P.O. Box 69
Monroe, NC 28111

City of San Diego, CA
P.O. Box 129030
San Diego, CA 92112

City of Statesville Regional Airport
238 Airport Road
Statesville, NC 28677

Civil Aviation Authority Bahamas
#1 Bay Street
Unit 202, 2nd Floor
Nassau, Bahamas

Civil Aviation Authority Cayman Islands
P.O. Box 10277
Grand Cayman
KY1-1003
Cayman Islands

Classic Jet Center
Lake County Executive Airport
1969 Lost Nation Road
Willoughby, OH 44094

Clean Takeoff
750 SW 34th St
Suite 209
Fort Lauderdale, FL 33315

Cleveland Airport System
Bank of New York Mellon Trust
P.O. Box 70275
Cleveland, OH 44190

Coleman Jet
5701 Airport Road
Gary, IN 46406

Commonwealth of Virginia
Department of Taxation
P.O. Box 1777
Richmond, VA 23218

CommutAir
24950 Country Club Boulevard, Suite 200
North Olmsted, OH 44070

Concentra Health Services Inc
P.O. Box 9008
Broomfield, CO 80021

Copeca Jet Center LLC
P.O. Box 250456
Aguadilla, Puerto Rico 00604-0000

Cosgrove Aircraft Service, Inc.
70 Oser Avenue
Hauppauge, NY 11788

Craven County Tax Collector
226 Pollock St
New Bern, NC 28560

Crowe LLP
320 E Jefferson Blvd
P.O. Box 7
South Bend, IN 46624

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197

Cumberland County Tax Collector
P.O. Box 538313
Atlanta, GA 30353

Cutter Aviation Dallas, Inc.
4500 Claire Chennault Drive
Addison, TX 75001

CyberCompass Corporation
d.b.a Fapa.aero
2470 West Horizon Ridge Pkwy
Suite 120
Las Vegas, NV 89052

D & Y Finest Detailing INC
2 Hangar Road
Whiteplains, NY 10604

Dallas Airmotive Inc.
2988 W. Walnut Hill Lane
Dallas, TX 75261

Delaware River and Bay Authority
P.O. BOX 62952
Baltimore, MD 21264

Des Moines Flying Service
P.O. Box 35126
Des Moines, IA 50315

DGDean
4 Michele Lane
Westport, CT 06880

Dillon Aviation Inc.
1105 N. Memorial Drive
Greenville, NC 27834

Divvy
13707 S 200 W Ste 100
Draper, UT 84020

DM Airports Ltd.
8 Airport Road
Morristown, NJ 07960

Docusign
P.O. Box 735445
Dallas, TX 75373

Dolphin Aviation
8191 North Tamiami Trail
Sarasota, FL 34243

Dreamline Aviation
16461 Sherman Way
Suite 210
Van Nuys, CA 91406

EAA AirVenture Oshkosh
P.O. Box 3043
Oshkosh, WI 54903

Embraer
Av. Brigadeiro Faria Lima
2170 - Putim
Sao Jose dos Campos -SP
12227-901, Brazil

Embraer CAE Training Services LLC
2929 West Airfield Drive
Grapevine, TX 76051

Embraer Executive Jet Services, LLC
276 Southwest 34th Street
Fort Lauderdale, FL 33315

EPIC Card Services LLC
3871 Fairview Industrial Drive
Suite 100
Salem, OR 97302

Everest Fuel Management
3 Batterymarch Park
Quincy, MA 02169

ExpressJet Airlines
1745 Phoenix Blvd
Suite 500
College Park, GA 30349

FastAir Ltd
80 Hangar Line Road
Winnipeg MB
R3J 3Y7, Canada

FBO Jets
1825 Ponce de Leon
Suite 333
Coral Gables, FL 92694

Federal Aviation Administration
33 Liberty Street
New York, NY 10045

Federal Aviation Administration
Air Traffic Control Services
FAA MMAC AMK-322
P.O. Box  25770
Oklahoma City, OK 73125

Federal Aviation Administration
General Accounting Division
AMK-322
P.O. Box 25082
Oklahoma City, OK 73125

First Unum Life Insurance Company
P.O. Box 406927
Atlanta, GA 30384

FlightSafety International
P.O. Box 75691
Charlotte, NC 28275

Flowers Air Agencies Dispatch Services
184 Seymour Drive
Industrial Park
P.O. Box 900
Grand Cayman, KY1 9006

FlyAdvanced Maintenance, LLC
Finance Department
131 North Dupont Highway
New Castle, DE 19720

FlyExclusive
2860 Jetport Road
Kinston, NC 28504

Flytag Flight Support
NC, United States

ForeFlight LLC
2323 S Shepherd Drive
Suite 912
Houston, TX 77019

Forsyth County Tax Collector
P.O. Box 82
Winston-Salem, NC 27102

Fort Lauderdale Executive Jet Center LLC
Northwest 56th Street
Fort Lauderdale, FL 33309

Fort Wayne-Allen County Airport Authorit
3801 W. Ferguson Road
Suite 209
Fort Wayne, IN 46809

Frank Seiji Sanda
c/o Michael Aresenault
Bank of Utah
50 S. 200 East, Suite 110
Salt Lake City, UT 84116

Frontier Airlines, Inc
Attn: Accounts Receivable
4545 Airport Way
Denver, CO 80239

Gander International Airport Authority
1000 James Boulevard
Box 400
Gander, NL
A1V 1W8, Canada

General Mitchell International Airport
P.O. Box 78979
Milwaukee, WI 53278

Genuity Concepts Inc.
P.O. Box 29321
Greensboro, NC 27429

Glenn Hediger dba Aviation Financial Con
950 North Washington Street
Suite 308A
Alexandria, VA 22314

Glenn M. Gonzales
5820 N Church St Ste D
Greensboro, NC 27455

Gloria Montenegro
8400 Sunset Boulevard
Apt 9109
Rowlett, TX 75088

Gogo Business Aviation LLC
Department 1371
Denver, CO 80256

GoGo Business Aviation LLC
105 Edgeview Dr
Suite 300
Broomfield, CO 80021

GoJet Airlines
Attn: General Accounting
11495 Navaid Road
Bridgeton, MO 63044

Goshen Consulting & Services Corp
14086 Avenue of the Groves
Winter Garden, FL 34787

Government of the District of Columbia -
Office of Unemployment Compensation
Tax Division 4th Floor
4058 Minnesota Ave. N.E.
Washington, DC 20019

GPA Aircraft Maintenance Llc
7300 Brataas Dr SW
Rochester, MN 55902

Graves Aviation LLC
3432 E Grandview
Mesa, AZ 85213

Graves Aviation, LLC
c/o A Registered Agent, Inc., RA
8 The Green, Suite A
Dover, DE 19901

Greater Toronto Airports Authority
3111 Convair Drive
Toronto
ON
L5P 1B2, Canada

Greenhouse Software
18 W. 18Th Street
New York City, NY 10011

Greensboro Executive Airport
Attn:  Anthony Vogt
6334 Monnett Road
Climax, NC 27233

Greensboro High-Point Marriott Airport
One Marriott Drive
Greensboro, NC 27409

Guillermo Palacios
16660 South Post Road
APT 203
Weston, FL 33331

Gulfstream Aerospace Corporation
500 Gulfstream Road
Dallas, TX 75373

H.A.T. Enterprises S.A.
Aeroport Int'l Toussaint Louverture
73 Boulevard Toussaint Louverture
Zone Cargo Port-au-Prince
Port-au-Prince, Haiti 01387-0000

Hagerty Events LLC
P.O. Box 87
Traverse City, MI 49685

Hawthorne Global Aviation Services
1723 McCollum Parkway Northwest
Kennesaw, GA 30144

Haystack Australia
89-16 Jamaica Avenue
Woodhaven, NY 11421

Henry Oddo Austin & Fletcher
Vic Houston Henry, Esq.
1717 Main Street, Suite 4600
Dallas, TX 75201

HessJet
1069 Airport Road
Suite 500 - Hangar 4
Chattanooga, TN 37421

HireRight, LLC
3349 Michelson Dr.
Suite 150
Irvine, CA 92612

Honeywell International Inc.
P.O. Box 93078,
Chicago, IL 93078

IAM Caribbean Inc.
P.O. 6045
Grantley Adams International Airport
Christ Church
Christ Church, Barbados 16000-0000

IAM Jet Centre Tortola Ltd.
P.O. Box 4416
Road Town
Tortola
VG1110, BVI

Immaculate Flight LLC
5088 Corporate Exchange Blvd SE
Suite 210
Grand Rapids, MI 49512

Improvements Company, LLC
c/o Agents & Corporations, Inc., RA
1201 Orange St, Suite 600
Wilmington, DE 19801

Insured Aircraft Title Service, LLC
21 EAST MAIN ST
Suite 100
Oklahoma City, OK 73104

Isaac Sokol
8209 Marshall Court
Arvada, CO 80003

J.A. Air Center
43W730 RT 30
Sugar Grove, IL 60554

Jackson Jet Center
3815 Rickenbacker Street
Boise, ID 83705

Jani-King of Memphis
3665 Wheeler Rd
Suite 1A
Memphis, TN 30909

JD Distributors Inc.
134 North Conalco Dr
Jackson, TN 38301

Jet Support Services Inc.
167 North Green Street
Suite 1300
Chicago, IL 60607

JetEast
32405 Aurora Road
Solon, OH 44139

Jetex Flight Support
06EA, Dubai International Airport
P.O. Box 54698
Dubai, UAE

JetsPlus
4995 E Andersen Ave
Suite 100
Fresno, CA 93727

Johnston County Tax Office
P.O. Box 63037
Charlotte, NC 28263

Kalitta Charters Llc
843 Willow Run
Ypsilant, MI 48198

Kenny Harris
390 Dogwood Acres Ln
Madison, NC 27025

Kevin's Aircraft Cleaning
629 Truslow Rd
Sarah, MS 38665

Keystone Aviation
303 N 2370 W
Salt Lake City, UT 84116

Kore Insurance Holdings, LLC
354 Eisenhower Parkway
Livingston, NJ 07039

L4DC LLC
Ronald Reagan Washington National Airpor
1 General Aviation
Terminal 7 Suite 213
Arlington, VA 22202

Lanier Flight Express LLC
1660 Palmour Dr
Hangar AA-5
Gainesville, GA 30501

LaunchPad Lab
220 W Huron St.
Suite 2001
Chicago, IL 60654

Lee County Port Authority
11000 Terminal Access Road
Suite 8671
Fort Myers, FL 33913

LoJet Holdings LLC
712 5th Ave #14
New York, NY 10019

LoneStar Aviators
8402 Nelms Street
Suite 203
Houston, TX 77061

Luxaviation Group
1200 Brickell Avenue
Miami, FL 33131

Macon County Tax Collector
5 West Main Street
Franklin, NC 28734

Magellan Jets
1250 Hancock Street
Suite 802N
Quincy, MA 02169

Manny Aviation Services
Miguel Aleman
1500-5 Lerma De Villada Centro
San Mateo Atenco, Mexico 52000-0000

Manny Handling Support S.A. DE C.V.
Miguel Aleman
1500-5 Lerma De Villada Centro
San Mateo Atenco, Mexico 52000-0000

Martin Aviation
19300 Ike Jones Road
Santa Ana, CA 92707

McMillan LLP
181 Bay Street
Suite 4400 Brookfield Place
Toronto, ON
M5J 2T3, Canada

Mecklenburg County Tax Collector
P.O. Box 71063
Charlotte, NC 28272

Melbourne Airport Authority
1 Air Terminal Parkway
Suite 220
Melbourne, FL 32901

Millington Airport Authority
8182 Hornet Avenue
Millington, TN 38053

Moore County Tax Department
P.O. Box 457
Carthage, NC 28327

Morris Municipal Airport
9980 North Route 47
Morris, IL 60450

Moser Aviation, LLC
8001 S Interport Boulevard
Englewood, CO 80112

Mountain Communications Group
3200 Binnacle Drive
Naples, FL 34103

MRB Aviation
226 Pilot Way
Martinsburg, WV 25405

National Air Transportation Association
818 Connecticut Avenue
NW Suite 900
Washington, DC 20006

National Business Furniture
770 S 70th St
Milwaukee, WI 53214

National Minority Supplier Development C
1359 Broadway
10th Floor
New York, NY 10018

Nav Canada
P.O. Box 9632
Station T
Ottawa, ON
K1G 6H1, Canada

Nav-Aids Ltd.
2955 Diab St
Montreal, Quebec
H4S 1M1, Canada

New York State - DOT
7150 Republic Airport
Room 216
Farmingdale, NY 11735

Nexsen Pruet
P.O. Box 2426
Columbia, SC 29202

NL Air Transport 2013 Inc.
9 Airport Road
Deer Lake, NL
A8A1A3, Canada

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640

Northern Jet Management
5500 44th Street Southeast
Grand Rapids, MI 49512

Northwest Regional Airport Authority TVC
727 Fly Don't Drive
Traverse City, MI 49686

Nova Jet Aviation Group
2450 Derry Rd E
Mississauga
ON
L5S 1B2, Canada

Oakland County Airports
6500 Patterson Parkway
Waterford, MI 48327

Office Furniture2go.com
8092 Memphis Ave
Suite 113
Millington, TN 38053

On-Wing Consulting, Inc.
2804 N Windsor Blvd
Oklahoma City, OK 73127

Pace Public Relations, INC.
315 West 70th Street
New York, NY 10023

PacMin Inc.
2021 Raymer Avenue
Fullerton, CA 92833

Paracorp Inc DBA Parasec
2804 Gateway Oaks Drive #100
Sacramento, CA 95816

Pass Charters
South Service Drive
Waterford Township, MI 48327

Paula Duerksen
2251 North Longwood Circle
Wichita, KS 67226

Pennsylvania Department of Labor & Indus
1700 Labor & Industry Building
Harrisburg, PA 17120

Peter Millar, LLC
P.O. Box 744420
Atlanta, GA 30374

Pittsburgh Jet Center
1859 Pennsylvania 588
Zelienople, PA 16063

Port Authority Of NY & NJ (Teterboro)
LBX 1517
P.O. Box 95000
Philadelphia, PA 19195

Port Of Seattle
P. O. Box 24507
Port of Seattle KM/WTC
Seattle, WA 98124

Porter, Wright, Morris & Arthur, LLP
Syed Ahmadul Huda
41 South High Street, Suite 2800-3100
Columbus, OH 43215

Premier Private Jets
2580 Southeast Aviation Way
Suite 201
Stuart, FL 34996

Preston Park Office Center LLC
4975 Preston Park Boulevard
Suite 15
Plano, TX 75093

Prime Appearance
P.O. Box 22691
New York City, NY 10087

Prime Trip Support DMCC
Jumeirah Bay X3 Tower
Suite 3701
JLT Dubai
United Arab Emirates

ProOne Inc. Aircraft Detailing
2664 Lamplight Circle
High Point, NC 27265

PSA Airlines, Inc.
1000 Rosedale Avenue
Middletown, PA 17057

Pulsar Informatics Inc.
1424 Fourth Avenue
Suite 414
Seattle, WA 98101

Pye Barker Fire & Safety, LLC
P.O. Box 735358
Dallas, TX 75373

RecruitMilitary, LLC
1545 Crossways Boulevard
Chesapeake, VA 23320

Red Wing Aeroplane
7141 148Th Ave
Bay City, WI 54723

Region of Waterloo
Finance Department
Kitchener, ON
N2G 4J3, Canada

Ritter Communications
Attn: Payment Processing
P.O. Box 709
Searcy, AR 72145

Robb Report Media Llc
11175 Santa Monica Blvd
9th Floor
Los Angeles, CA 90025

Rocket Fuel Labs
2223 Avenida De La Playa
Suite 206
La Jolla, CA 92037

Rockwell Collins
400 Collins Rd. NE
Cedar Rapids, IA 52498

RTAG
605 Christel Sun Lane
Aledo, TX 76008

Ryan D Moffitt, Esq.
The Vernon Law Firm
Post Office Drawer 2958
Burlington, NC 27216-2958

Saint John Aeronautical Airport
4180 Loch Lomond Road
Saint John, NB
E2N 1L7, Canada

Salesforce.Com
P.O. Box 203141
Dallas, TX 75320

Sampson County Tax Collector
P.O. Box 207
Clinton, NC 28329

San Diego County Regional Airport Auth.
P.O. Box 81323
San Diego, CA 92138

Sawyer Aviation, LLC
14600 North Airport Drive
Second Floor
Scottsdale, AZ 85260

Servair S.A.
Avenida Gustavo Mej a Ricart No.93
Santo Domingo
Distrito Nacional
Dominican Republic

SkyBridge
16534 Louisville Place
Woodbridge, VA 22191

Snap-On Industrial
21755 Network Place
Chicago, IL 60673

Soulbird
7200 Millionaire Dr
Bethany, OK 73008

Southwest Aircraft Charter
1675 E Ryan Road
Chandler, AZ 85286

Speedbird
235 Nilson Way
Orlando, FL 32803

Standard Aero Business Aviation
6710 N. Scottsdale Road
Suite 250
Scottsdale, AZ 85253

State of Nevada Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706

Stovetop Visuals
105 Breezeway Lane
Greensboro, NC 27405

Stratos Jet Charters, Inc.
321 North Crystal Lake Drive
#200
Orlando, FL 32803

Summit Aviation, Inc.
490 Wings Way
Belgrade, MT 59714

Sun 'n Fun Fly-In, Inc.
4075 James C. Ray Drive
Lakeland, FL 33811

Surry County Tax Collector
P.O. Box 576
Dobson, NC 27017

Tax Collector City of Burlington
P.O. Box 1358
Burlington, NC 27216

TEM Enterprises
12 Greenway Plaza
4th Floor, Mailbox 30
Houston, TX 77046

Tharanco Lifestyles, LLC
c/o The CIT Group Commercial Services In
P.O. Box 1036
Charlotte, NC 28201

The District Municipality of Muskoka
70 Pine Street
Bracebridge, ON
P1L 1N5, Canada

The Dixie Building, LLC
101 South Elm Street Suite101
Greensboro, NC 27401

The Dixie Building, LLC
Attn:  Landlord
3102 Commerce Place
Burlington, NC 27215

The Dixie Building, LLC
PO Box 96
Elon, NC 27244

The Safety Specialists
120 Carlanna Lake Road
Ketchikan, AK 99901

Tiffany & Bosco P.A.
Lance Broberg/Kyle J. Kopinski
Seventh Floor Camelback Espalande II
2525 East Camelback Road
Phoenix, AZ 85016

Timothy Hofeling
9027 Cook Farm Rd
Belews Creek, NC 27009

Toledo-Lucas County Port Authority
11013 Airport Highway
Box 11
Swanton, OH 43558

Top Producer International, LLC
1300 S Prairie Ave
Fairmont, MN 56031

Torn Ranch
2198 South McDowell Boulevard
Petaluma, CA 94954

Town of La Ronge
Box 5680
La Ronge
SK
S0J 1L0, Canada

TrainingBoom
494 Althea Lane
Collierville, TN 38017

Trinity Consultants Inc.
P.O. Box 972047
Dallas, TX 75397

TTL Tool Testing Lab
11601 North Dixie Drive
Tipp City, OH 45371

United Van Lines, LLC
c/o Vic H. Henry & Emileigh Hubbard
Henry Oddo Austin & Fletcher, P.C.
1717 Main Street, Suite 4600
Denison, TX 75021

Vail Valley Jet Center
0871 Cooley Mesa Rd.
Gypsum, CO 81637

Valley Air Services
321 James Street
Suite 101
Geneva, IL 60134

Vancouver Airport Authority
P.O. Box 44638
YVR Domestic Terminal RPO
Richmond, BC
V7B 1W2, Canada

Vector - ASPEN
P.O. Box 787061
Philadelphia, PA 19178

Vector - Cape Cod Gateway Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector - East Hampton Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector - Long Island MacArthur
P.O. Box 787061
Philadelphia, PA 19178

Vector - Marthas-Vineyard Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Allegheny County Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Boeing Field/King Co
Vector-Boeing Field/King Co,
Philadelphia, PA 19178

Vector-Cobb County International Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Coeur D'Alene Airport-Pappy Boyin
P.O. Box 787061
Philadelphia, PA 19178

Vector-Corpus Christi International Airp
P.O. Box 787061
Philadelphia, PA 19178

Vector-Dallas Love Field
P.O. Box 206427
Dallas, TX 75320

Vector-Eugene F. Kranz Toledo
Express Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Friedman Memorial Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Glacier Park International Airpor
P.O. Box 787061
Philadelphia, PA 19178

Vector-Massport
Vector Airport System
Massport Hanscom Field
P.O. Box 787061
Philadelphia, PA 19178

Vector-Napa County Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Portland Jetport
Vector-Portland Jetport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Santa Barbara Airport
Vector Airport System-Dallas Love Field
P.O. Box 787061
Philadelphia, PA 19178

Vector-Sikorsky Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Sonoma County Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector-Tallahassee
P.O. Box 787061
Philadelphia, PA 19178

Vector-Texarkana Regional Airport Webb F
P.O. Box 787061
Philadelphia, PA 19178

Vector-Wilmington Airport
P.O. Box 787061
Philadelphia, PA 19178

Ventura Air Services
8100 Republic Airport
Farmingdale, NY 11735

VIR Operations
1245 Pine Tree Road
Alton, VA 25420

Wake County Tax Administration
P.O. Box 580084
Charlotte, NC 28258

Waste Management of Carolinas, Inc.
Winston-Salem Hauling
P.O. Box 42930
Phoenix, AZ 85080

Wayne County Airport Authority
11050 Rogell Dr
Bldg 602
Detroit, MI 48242

Web Manuals Inc
900 Third Avenue
29th Floor
New York, NY 10022

West Michigan Airport Authority
270 S River Avenue,
Holland, MI 49423

West Point Association of Graduates
698 Mills Road
West Point, NY 10996

West Star Aviation
#2 Airline Court
East Alton, IL 62024

Westfield-Barnes Regional Airport
110 Airport Road
Suite 207
Westfield, MA 01085

Westmoreland County Airport Authority
148 Aviation Lane
Latrobe, PA 15650

Wilkes County Tax Office
110 North Street
Wilkesboro, NC 28697

Winnipeg Airports Authority Inc.
249-2000 Wellington Avenue
Winnipeg, MB
R3H 1C2, Canada

World Fuel Services Inc.
2458 Paysphere Circle
Chicago, IL 60674

Worth Acquisition Group LLC
File 2214
Pasadena, CA 91199

WSI - North Dakota Workforce Safety & In
1600 E Century Ave
Suite 1
P.O. Box 5585
Bismarck, ND 58506

Wyndham Championship
3211 Forsyth Drive
Greensboro, NC 27407

Wyoming Department of Workforce Services
Wyoming Workers Compensation
P.O. Box 20006
Cheyenne, WY 82003

YourMembship.Com, Inc.
Dept. 3461
P.O. Box 123461
Dallas, TX 75312

Zwicker & Associates, P.C.
Robert Ross, Esq.
1225 Franklin Ave, Suite 260
Garden City, NY 11530

Zwicker & Associates, P.C.
Robert Ross, Esq.
285 Davidson Ave Suite 307
Somerset, NJ 08873