# Notice Recipients

District/Off: 0311−1                User: admin                Date Created: 02/12/2026
Case: 25−12271−BLS                  Form ID: van043            Total: 315

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee        USTPRegion03.WL.ECF@USDOJ.GOV
aty      Howard A. Cohen     hcohen@foxrothschild.com

                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jet It LLC        5820 N. Church Street       Suite D PMB 357       Greensboro, NC 27455
tr         George L. Miller        1628 John F. Kennedy Blvd.        Suite 950        Philadelphia, PA 19103−2110
20375924   ASI Charter, Inc.        12340 East Control Tower Road        Englewood, CO 80112
20375905   Aero Star        7515 Lemmon Ave        Dallas, TX 75209
20375906   Agenus Inc.        3 Forbes Road        Lexington, MA 02421
20375907   Agile Premium Finance        P.O. Box 549        Newark, NJ 07101
20375908   Air Charter Safety Foundation        818 Connecticut Avenue NW        Suite 900        Washington, DC 20006
20375913   AirSmart − Steelman Aviation, Inc        2705 Airport Drive        North Las Vegas, NV 89032
20375909   Aircraft Performance Group LLC        4348 Woodlands Blvd., #200        Castle Rock, CO 80104
20375910   Aircraft Specialties Inc.        9949 South 134th Street        Omaha, NE 68138
20375911   Airgas USA        P.O. Box 9249        Marietta, GA 30065
20375912   Airplane Intel Inc.        1200 SW 60th Avenue        Suite 105        Ocala, FL 34474
20375914   Airsync        126 Lullaby Ct        Germantown, MD 20874
20375915   Akron−Canton Regional Airport        5400 Lauby Road        North Canton, OH 44720
20375916   Alamance County Tax Collector        124 W. Elm St        Graham, NC 27253
20375917   Allegheny County Airport Authority        PP10, 1 P.O. Box        Pittsburgh, PA 15264
20375918   Alliance Aviation Services        2221 Alliance Boulevard        Suite 100        Fort Worth, TX 76177
20375919   American Express National Bank        P.O. Box 981531        El Paso, TX 79998
20375920   American Express Travel Related Services        Company, Inc.        200 Vesey Street        New York, NY 10285
20375921   American Jet International        8501 Telephone Rd        Houston, TX 77061
20375922   Ameriflight, Human Resources        P.O. Box 612763        DFW Airport, TX 75261
20375923   Armstrong Relocation        1405 Crescent        Carrollton, TX 75006
20375925   Atlantic Aviation AGC        P.O. Box 784301        Philadelphia, PA 19178
20375926   Avaya Inc.        10600 South Pennsylvania Avenue        Suite 16−719        Oklahoma City, OK 73170
20375927   Avaya RingCentral        20 Davis Drive,        Belmont, CA 94002
20375928   Aviation International News        214 Franklin Avenue        Midland Park, NJ 07432
20375929   Avion Aero        Hangar 6 − Wiley Post Airport        7200 Millionaire Drive        Bethany, OK, OK 73008
20375930   Avports LLC        P.O. Box 16860        Washington, DC, DC 20041
20375931   Bank of Utah        2605 Washington Boulevard        Ogden, UT 84401
20375932   Banyan Air Services, Inc.        5360 NW 20 Terrace        Fort Lauderdale, FL 33309
20375933   Bee Content Design Inc.        450 Townsend St.        1st Floor        San Francisco, CA 94107
20375934   BellAir        1122 Oberlin Rd,        Raleigh, NC 27605
20375935   Berger McDermott LLP        David B. Anthony/Zachary J. Schnapp        1105 North Market Street, 11th Floor        Wilmington, DE 19801
20375936   Bluetail, Inc        2390 East Camelback Road, Suite 130        Phoenix, AZ 85016
20375937   Boca Aircraft Maintenance        3300 Airport Road, Hangar 2 Suite 121        Boca Raton, FL 33431
20375938   Boeing Digital Solutions, Inc.        P.O. Box 840864        Dallas, TX 75284
20375939   BoldIQ, Inc.        731 Harvard Ave E        Seattle, WA 98102
20375940   Brazos Valley Air Charter        8720 Jack Bates Avenue        Tulsa, OK 74132
20375941   Broome County Department of Aviation        Greater Binghamton Airport        2534 Airport Road, 16        Johnson City, NY 13790
20375942   Brunswick County Revenue Dept        P.O. Box 580335        Charlotte, NC 28258
20375943   Buncombe County Tax Collections        P.O. Box 3140        Asheville, NC 28802
20375944   Business Aviation Law Group        631 US 1, STE 410        North Palm Beach, FL 33408
20375945   Business Jet Managers, Inc.        824 West Willow Run Airport        Ypsilanti, MI 48198
20375977   CT Corporation        P.O. Box 4349        Carol Stream, IL 60197
20375946   Cabarrus County Tax Collector        P.O. Box 707        Concord, NC 28026
20375947   Caelus        P.O. Box 470        Bronston, KY 42518
20375948   Camp Systems International Inc.        999 Marconi Avenue        Ronkonkoma, NY 11779
20375949   Carolina Core Machine        125 S Elm Street        Greensboro, NC 27401
20375950   Carolina GSE, Inc        2408 Charles Boulevard        Suite 1        Greenville, NC 27858
20375951   Carruthers & Roth, P.A.        235 N. Edgeworth Street        P. O. Box 540        Greensboro, NC 27402
20375952   Carteret County        302 Courthouse Square        Beaufort, NC 28516
20375953   Century Jets        3028 Travis Pond Road        Williamsburg, VA 23185
20375954   Cherokee County Tax Collector        75 Peachtree Street        Suite 225        Murphy, NC 28906
20375955   Chicago Jet Group        522 Route 30        Sugar Grove, IL 60554
20375956   Christopher Gray        430 Belton Road        Ripley, TN 38063
20375957   Christopher Gray & Gwyn Gray        430 Belton Road        Ripley, TN 38063
20375958   Cision US Inc.        P.O. Box 419484        Boston, NC 02241
20375959   City of Dryden        30 Van Horne Avenue        Dryden        ON        P8N 2A7, Canada

20375960 City of Greensboro   Collections Division   P.O. Box 26120   Greensbro, NC 27402
20375961 City of Monroe NC   P.O. Box 69   Monroe, NC 28111
20375962 City of San Diego, CA   P.O. Box 129030   San Diego, CA 92112
20375963 City of Statesville Regional Airport   238 Airport Road   Statesville, NC 28677
20375964 Civil Aviation Authority Bahamas   #1 Bay Street   Unit 202, 2nd Floor   Nassau, Bahamas
20375965 Civil Aviation Authority Cayman Islands   P.O. Box 10277   Grand Cayman   KY1–1003   Cayman Islands
20375966 Classic Jet Center   Lake County Executive Airport   1969 Lost Nation Road   Willoughby, OH 44094
20375967 Clean Takeoff   750 SW 34th St   Suite 209   Fort Lauderdale, FL 33315
20375968 Cleveland Airport System   Bank of New York Mellon Trust   P.O. Box 70275   Cleveland, OH 44190
20375969 Coleman Jet   5701 Airport Road   Gary, IN 46406
20375970 Commonwealth of Virginia   Department of Taxation   P.O. Box 1777   Richmond, VA 23218
20375971 CommutAir   24950 Country Club Boulevard, Suite 200   North Olmsted, OH 44070
20375972 Concentra Health Services Inc   P.O. Box 9008   Broomfield, CO 80021
20375973 Copeca Jet Center LLC   P.O. Box 250456   Aguadilla, Puerto Rico 00604–0000
20375974 Cosgrove Aircraft Service, Inc.   70 Oser Avenue   Hauppauge, NY 11788
20375975 Craven County Tax Collector   226 Pollock St   New Bern, NC 28560
20375976 Crowe LLP   320 E Jefferson Blvd   P.O. Box 7   South Bend, IN 46624
20375978 Cumberland County Tax Collector   P.O. Box 538313   Atlanta, GA 30353
20375979 Cutter Aviation Dallas, Inc.   4500 Claire Chennault Drive   Addison, TX 75001
20375980 CyberCompass Corporation   d.b.a Fapa.aero   2470 West Horizon Ridge Pkwy   Suite 120   Las Vegas, NV 89052
20375981 D & Y Finest Detailing INC   2 Hangar Road   Whiteplains, NY 10604
20375985 DGDean   4 Michele Lane   Westport, CT 06880
20375988 DM Airports Ltd.   8 Airport Road   Morristown, NJ 07960
20375982 Dallas Airmotive Inc.   2988 W. Walnut Hill Lane   Dallas, TX 75261
20375983 Delaware River and Bay Authority   P.O. BOX 62952   Baltimore, MD 21264
20376266 Department of Labor   Division of Unemployment Insurance   P.O. Box 9953   Wilmington, DE 19809
20518058 Department of Wyoming Workers' Compensation   5221 Yellowstone Rd.   Cheyenne, WY 82002
20375984 Des Moines Flying Service   P.O. Box 35126   Des Moines, IA 50315
20375986 Dillon Aviation Inc.   1105 N. Memorial Drive   Greenville, NC 27834
20375987 Divvy   13707 S 200 W Ste 100   Draper, UT 84020
20375989 Docusign   P.O. Box 735445   Dallas, TX 75373
20375990 Dolphin Aviation   8191 North Tamiami Trail   Sarasota, FL 34243
20375991 Dreamline Aviation   16461 Sherman Way   Suite 210   Van Nuys, CA 91406
20375992 EAA AirVenture Oshkosh   P.O. Box 3043   Oshkosh, WI 54903
20375996 EPIC Card Services LLC   3871 Fairview Industrial Drive   Suite 100   Salem, OR 97302
20375993 Embraer   Av. Brigadeiro Faria Lima   2170 – Putim   Sao Jose dos Campos –SP   12227–901, Brazil
20375994 Embraer CAE Training Services LLC   2929 West Airfield Drive   Grapevine, TX 76051
20375995 Embraer Executive Jet Services, LLC   276 Southwest 34th Street   Fort Lauderdale, FL 33315
20375997 Everest Fuel Management   3 Batterymarch Park   Quincy, MA 02169
20375998 ExpressJet Airlines   1745 Phoenix Blvd   Suite 500   College Park, GA 30349
20376000 FBO Jets   1825 Ponce de Leon   Suite 333   Coral Gables, FL 92694
20375999 FastAir Ltd   80 Hangar Line Road   Winnipeg MB   R3J 3Y7, Canada
20376001 Federal Aviation Administration   33 Liberty Street   New York, NY 10045
20376002 Federal Aviation Administration   Air Traffic Control Services   FAA MMAC AMK–322   P.O. Box 25770   Oklahoma City, OK 73125
20376003 Federal Aviation Administration   General Accounting Division   AMK–322   P.O. Box 25082   Oklahoma City, OK 73125
20376004 First Unum Life Insurance Company   P.O. Box 406927   Atlanta, GA 30384
20376005 FlightSafety International   P.O. Box 75691   Charlotte, NC 28275
20376006 Flowers Air Agencies Dispatch Services   184 Seymour Drive   Industrial Park   P.O. Box 900   Grand Cayman, KY1 9006
20376007 FlyAdvanced Maintenance, LLC   Finance Department   131 North Dupont Highway   New Castle, DE 19720
20376008 FlyExclusive   2860 Jetport Road   Kinston, NC 28504
20376009 Flytag Flight Support   NC, United States
20376010 ForeFlight LLC   2323 S Shepherd Drive   Suite 912   Houston, TX 77019
20376011 Forsyth County Tax Collector   P.O. Box 82   Winston–Salem, NC 27102
20376012 Fort Lauderdale Executive Jet Center LLC   Northwest 56th Street   Fort Lauderdale, FL 33309
20376013 Fort Wayne–Allen County Airport Authorit   3801 W. Ferguson Road   Suite 209   Fort Wayne, IN 46809
20376014 Frank Seiji Sanda   c/o Michael Aresenault   Bank of Utah   50 S. 200 East, Suite 110   Salt Lake City, UT 84116
20376015 Frontier Airlines, Inc   Attn: Accounts Receivable   4545 Airport Way   Denver, CO 80239
20376027 GPA Aircraft Maintenance Llc   7300 Brataas Dr SW   Rochester, MN 55902
20376016 Gander International Airport Authority   1000 James Boulevard   Box 400   Gander, NL   A1V 1W8, Canada
20376017 General Mitchell International Airport   P.O. Box 78979   Milwaukee, WI 53278
20376018 Genuity Concepts Inc.   P.O. Box 29321   Greensboro, NC 27429
20376019 Glenn Hediger dba Aviation Financial Con   950 North Washington Street   Suite 308A   Alexandria, VA 22314
20376020 Glenn M. Gonzales   5820 N Church St Ste D   Greensboro, NC 27455
20376021 Gloria Montenegro   8400 Sunset Boulevard   Apt 9109   Rowlett, TX 75088

20376023   GoGo Business Aviation LLC   105 Edgeview Dr   Suite 300   Broomfield, CO 80021
20376024   GoJet Airlines   Attn: General Accounting   11495 Navaid Road   Bridgeton, MO 63044
20376022   Gogo Business Aviation LLC   Department 1371   Denver, CO 80256
20376025   Goshen Consulting & Services Corp   14086 Avenue of the Groves   Winter Garden, FL 34787
20376026   Government of the District of Columbia –   Office of Unemployment Compensation   Tax Division 4th Floor   4058 Minnesota Ave. N.E.   Washington, DC 20019
20376028   Graves Aviation LLC   3432 E Grandview   Mesa, AZ 85213
20376029   Graves Aviation, LLC   c/o A Registered Agent, Inc., RA   8 The Green, Suite A   Dover, DE 19901
20376030   Greater Toronto Airports Authority   3111 Convair Drive   Toronto   ON   L5P 1B2, Canada
20376031   Greenhouse Software   18 W. 18Th Street   New York City, NY 10011
20376032   Greensboro Executive Airport   Attn: Anthony Vogt   6334 Monnett Road   Climax, NC 27233
20376033   Greensboro High–Point Marriott Airport   One Marriott Drive   Greensboro, NC 27409
20376034   Guillermo Palacios   16660 South Post Road   APT 203   Weston, FL 33331
20376035   Gulfstream Aerospace Corporation   500 Gulfstream Road   Dallas, TX 75373
20376036   H.A.T. Enterprises S.A.   Aeroport Int'l Toussaint Louverture   73 Boulevard Toussaint Louverture   Zone Cargo Port–au–Prince   Port–au–Prince, Haiti 01387–0000
20376037   Hagerty Events LLC   P.O. Box 87   Traverse City, MI 49685
20376038   Hawthorne Global Aviation Services   1723 McCollum Parkway Northwest   Kennesaw, GA 30144
20376039   Haystack Australia   89–16 Jamaica Avenue   Woodhaven, NY 11421
20376040   Henry Oddo Austin & Fletcher   Vic Houston Henry, Esq.   1717 Main Street, Suite 4600   Dallas, TX 75201
20376041   HessJet   1069 Airport Road   Suite 500 – Hangar 4   Chattanooga, TN 37421
20376042   HireRight, LLC   3349 Michelson Dr.   Suite 150   Irvine, CA 92612
20376043   Honeywell International Inc.   P.O. Box 93078,   Chicago, IL 93078
20376044   IAM Caribbean Inc.   P.O. 6045   Grantley Adams International Airport   Christ Church   Christ Church, Barbados 16000–0000
20376045   IAM Jet Centre Tortola Ltd.   P.O. Box 4416   Road Town   Tortola   VG1110, BVI
20376046   Immaculate Flight LLC   5088 Corporate Exchange Blvd SE   Suite 210   Grand Rapids, MI 49512
20376047   Improvements Company, LLC   c/o Agents & Corporations, Inc., RA   1201 Orange St, Suite 600   Wilmington, DE 19801
20376048   Insured Aircraft Title Service, LLC   21 EAST MAIN ST   Suite 100   Oklahoma City, OK 73104
20376049   Isaac Sokol   8209 Marshall Court   Arvada, CO 80003
20376050   J.A. Air Center   43W730 RT 30   Sugar Grove, IL 60554
20376053   JD Distributors Inc.   134 North Conalco Dr   Jackson, TN 38301
20376051   Jackson Jet Center   3815 Rickenbacker Street   Boise, ID 83705
20376052   Jani–King of Memphis   3665 Wheeler Rd   Suite 1A   Memphis, TN 30909
20376054   Jet Support Services Inc.   167 North Green Street   Suite 1300   Chicago, IL 60607
20376055   JetEast   32405 Aurora Road   Solon, OH 44139
20376056   Jetex Flight Support   06EA, Dubai International Airport   P.O. Box 54698   Dubai, UAE
20376057   JetsPlus   4995 E Andersen Ave   Suite 100   Fresno, CA 93727
20376058   Johnston County Tax Office   P.O. Box 63037   Charlotte, NC 28263
20376059   Kalitta Charters Llc   843 Willow Run   Ypsilant, MI 48198
20376060   Kenny Harris   390 Dogwood Acres Ln   Madison, NC 27025
20376061   Kevin's Aircraft Cleaning   629 Truslow Rd   Sarah, MS 38665
20376062   Keystone Aviation   303 N 2370 W   Salt Lake City, UT 84116
20376063   Kore Insurance Holdings, LLC   354 Eisenhower Parkway   Livingston, NJ 07039
20376064   L4DC LLC   Ronald Reagan Washington National Airpor   1 General Aviation   Terminal 7 Suite 213   Arlington, VA 22202
20376065   Lanier Flight Express LLC   1660 Palmour Dr   Hangar AA–5   Gainesville, GA 30501
20376066   LaunchPad Lab   220 W Huron St.   Suite 2001   Chicago, IL 60654
20376067   Lee County Port Authority   11000 Terminal Access Road   Suite 8671   Fort Myers, FL 33913
20376068   LoJet Holdings LLC   712 5th Ave #14   New York, NY 10019
20376069   LoneStar Aviators   8402 Nelms Street   Suite 203   Houston, TX 77061
20492231   Louisiana Works formerly Louisiana Workforce Comm.   1001 North 23rd Street, First Floor   Baton Rouge, LA 70802
20376070   Luxaviation Group   1200 Brickell Avenue   Miami, FL 33131
20376084   MRB Aviation   226 Pilot Way   Martinsburg, WV 25405
20376071   Macon County Tax Collector   5 West Main Street   Franklin, NC 28734
20376072   Magellan Jets   1250 Hancock Street   Suite 802N   Quincy, MA 02169
20376073   Manny Aviation Services   Miguel Aleman   1500–5 Lerma De Villada Centro   San Mateo Atenco, Mexico 52000–0000
20376074   Manny Handling Support S.A. DE C.V.   Miguel Aleman   1500–5 Lerma De Villada Centro   San Mateo Atenco, Mexico 52000–0000
20376075   Martin Aviation   19300 Ike Jones Road   Santa Ana, CA 92707
20376076   McMillan LLP   181 Bay Street   Suite 4400 Brookfield Place   Toronto, ON   M5J 2T3, Canada
20376077   Mecklenburg County Tax Collector   P.O. Box 71063   Charlotte, NC 28272
20376078   Melbourne Airport Authority   1 Air Terminal Parkway   Suite 220   Melbourne, FL 32901
20376079   Millington Airport Authority   8182 Hornet Avenue   Millington, TN 38053
20376080   Moore County Tax Department   P.O. Box 457   Carthage, NC 28327
20376081   Morris Municipal Airport   9980 North Route 47   Morris, IL 60450
20376082   Moser Aviation, LLC   8001 S Interport Boulevard   Englewood, CO 80112
20376083   Mountain Communications Group   3200 Binnacle Drive   Naples, FL 34103
20376092   NL Air Transport 2013 Inc.   9 Airport Road   Deer Lake, NL   A8A1A3, Canada
20376085   National Air Transportation Association   818 Connecticut Avenue   NW Suite 900   Washington, DC 20006

20376086   National Business Furniture       770 S 70th St       Milwaukee, WI 53214
20376087   National Minority Supplier Development C     1359 Broadway     10th Floor     New York, NY 10018
20376088   Nav Canada       P.O. Box 9632       Station T       Ottawa, ON       K1G 6H1, Canada
20376089   Nav–Aids Ltd.     2955 Diab St       Montreal, Quebec       H4S 1M1, Canada
20376264   New Castle County/Law       Attention: Bill Weisel     87 Reads Way     New Castle, DE 19720
20376090   New York State – DOT     7150 Republic Airport     Room 216     Farmingdale, NY 11735
20376091   Nexsen Pruet       P.O. Box 2426       Columbia, SC 29202
20376093   North Carolina Department of Revenue       P.O. Box 25000       Raleigh, NC 27640
20376094   Northern Jet Management     5500 44th Street Southeast     Grand Rapids, MI 49512
20376095   Northwest Regional Airport Authority TVC     727 Fly Don't Drive     Traverse City, MI 49686
20376096   Nova Jet Aviation Group     2450 Derry Rd E     Mississauga     ON     L5S 1B2, Canada
20376097   Oakland County Airports     6500 Patterson Parkway     Waterford, MI 48327
20376098   Office Furniture2go.com     8092 Memphis Ave     Suite 113     Millington, TN 38053
20376099   On–Wing Consulting, Inc.     2804 N Windsor Blvd     Oklahoma City, OK 73127
20376116   PSA Airlines, Inc.     1000 Rosedale Avenue     Middletown, PA 17057
20376101   PacMin Inc.     2021 Raymer Avenue     Fullerton, CA 92833
20376100   Pace Public Relations, INC.     315 West 70th Street     New York, NY 10023
20376102   Paracorp Inc DBA Parasec     2804 Gateway Oaks Drive #100     Sacramento, CA 95816
20376103   Pass Charters     South Service Drive     Waterford Township, MI 48327
20376104   Paula Duerksen     2251 North Longwood Circle     Wichita, KS 67226
20376105   Pennsylvania Department of Labor & Indus     1700 Labor & Industry Building     Harrisburg, PA 17120
20376106   Peter Millar, LLC     P.O. Box 744420     Atlanta, GA 30374
20376107   Pittsburgh Jet Center     1859 Pennsylvania 588     Zelienople, PA 16063
20376108   Port Authority Of NY & NJ (Teterboro)     LBX 1517     P.O. Box 95000     Philadelphia, PA 19195
20376109   Port Of Seattle     P. O. Box 24507     Port of Seattle KM/WTC     Seattle, WA 98124
20376110   Porter, Wright, Morris & Arthur, LLP     Syed Ahmadul Huda     41 South High Street, Suite 2800–3100     Columbus, OH 43215
20376111   Premier Private Jets     2580 Southeast Aviation Way     Suite 201     Stuart, FL 34996
20376112   Preston Park Office Center LLC     4975 Preston Park Boulevard     Suite 15     Plano, TX 75093
20376113   Prime Appearance     P.O. Box 22691     New York City, NY 10087
20376114   Prime Trip Support DMCC     Jumeirah Bay X3 Tower     Suite 3701     JLT Dubai     United Arab Emirates
20376115   ProOne Inc. Aircraft Detailing     2664 Lamplight Circle     High Point, NC 27265
20376117   Pulsar Informatics Inc.     1424 Fourth Avenue     Suite 414     Seattle, WA 98101
20376118   Pye Barker Fire & Safety, LLC     P.O. Box 735358     Dallas, TX 75373
20376126   RTAG     605 Christel Sun Lane     Aledo, TX 76008
20376119   RecruitMilitary, LLC     1545 Crossways Boulevard     Chesapeake, VA 23320
20376120   Red Wing Aeroplane     7141 148Th Ave     Bay City, WI 54723
20376121   Region of Waterloo     Finance Department     Kitchener, ON     N2G 4J3, Canada
20376122   Ritter Communications     Attn: Payment Processing     P.O. Box 709     Searcy, AR 72145
20376123   Robb Report Media Llc     11175 Santa Monica Blvd     9th Floor     Los Angeles, CA 90025
20376124   Rocket Fuel Labs     2223 Avenida De La Playa     Suite 206     La Jolla, CA 92037
20376125   Rockwell Collins     400 Collins Rd. NE     Cedar Rapids, IA 52498
20376127   Ryan D Moffitt, Esq.     The Vernon Law Firm     Post Office Drawer 2958     Burlington, NC 27216–2958
20376128   Saint John Aeronautical Airport     4180 Loch Lomond Road     Saint John, NB     E2N 1L7, Canada
20376129   Salesforce.Com     P.O. Box 203141     Dallas, TX 75320
20376130   Sampson County Tax Collector     P.O. Box 207     Clinton, NC 28329
20376131   San Diego County Regional Airport Auth.     P.O. Box 81323     San Diego, CA 92138
20376132   Sawyer Aviation, LLC     14600 North Airport Drive     Second Floor     Scottsdale, AZ 85260
20376133   Servair S.A.     Avenida Gustavo Mej a Ricart No.93     Santo Domingo     Distrito Nacional     Dominican Republic
20376134   SkyBridge     16534 Louisville Place     Woodbridge, VA 22191
20376135   Snap–On Industrial     21755 Network Place     Chicago, IL 60673
20376136   Soulbird     7200 Millionaire Dr     Bethany, OK 73008
20376137   Southwest Aircraft Charter     1675 E Ryan Road     Chandler, AZ 85286
20376138   Speedbird     235 Nilson Way     Orlando, FL 32803
20376139   Standard Aero Business Aviation     6710 N. Scottsdale Road     Suite 250     Scottsdale, AZ 85253
20376265   State of Delaware     Division of Revenue     820 N. French Street, 8th Floor     Wilmington, DE 19801–0820
20376140   State of Nevada Department of Taxation     1550 College Parkway     Suite 115     Carson City, NV 89706
20376141   Stovetop Visuals     105 Breezeway Lane     Greensboro, NC 27405
20376142   Stratos Jet Charters, Inc.     321 North Crystal Lake Drive     #200     Orlando, FL 32803
20376143   Summit Aviation, Inc.     490 Wings Way     Belgrade, MT 59714
20376144   Sun 'n Fun Fly–In, Inc.     4075 James C. Ray Drive     Lakeland, FL 33811
20376145   Surry County Tax Collector     P.O. Box 576     Dobson, NC 27017
20376147   TEM Enterprises     12 Greenway Plaza     4th Floor, Mailbox 30     Houston, TX 77046
20376162   TTL Tool Testing Lab     11601 North Dixie Drive     Tipp City, OH 45371
20376146   Tax Collector City of Burlington     P.O. Box 1358     Burlington, NC 27216
20376148   Tharanco Lifestyles, LLC     c/o The CIT Group Commercial Services In     P.O. Box 1036     Charlotte, NC 28201
20376149   The District Municipality of Muskoka     70 Pine Street     Bracebridge, ON     P1L 1N5, Canada
20376150   The Dixie Building, LLC     101 South Elm Street Suite101     Greensboro, NC 27401
20376151   The Dixie Building, LLC     Attn: Landlord     3102 Commerce Place     Burlington, NC 27215
20376152   The Dixie Building, LLC     PO Box 96     Elon, NC 27244
20376153   The Safety Specialists     120 Carlanna Lake Road     Ketchikan, AK 99901

20376154  Tiffany & Bosco P.A.      Lance Broberg/Kyle J. Kopinski      Seventh Floor Camelback Espalande II      2525 East Camelback Road      Phoenix, AZ 85016

20376155  Timothy Hofeling      9027 Cook Farm Rd      Belews Creek, NC 27009

20376156  Toledo–Lucas County Port Authority      11013 Airport Highway      Box 11      Swanton, OH 43558

20376157  Top Producer International, LLC      1300 S Prairie Ave      Fairmont, MN 56031

20376158  Torn Ranch      2198 South McDowell Boulevard      Petaluma, CA 94954

20376159  Town of La Ronge      Box 5680      La Ronge      SK      S0J 1L0, Canada

20376160  TrainingBoom      494 Althea Lane      Collierville, TN 38017

20376161  Trinity Consultants Inc.      P.O. Box 972047      Dallas, TX 75397

20376163  United Van Lines, LLC      c/o Vic H. Henry & Emileigh Hubbard      Henry Oddo Austin & Fletcher, P.C.      1717 Main Street, Suite 4600      Denison, TX 75021

20376191  VIR Operations      1245 Pine Tree Road      Alton, VA 25420

20376164  Vail Valley Jet Center      0871 Cooley Mesa Rd.      Gypsum, CO 81637

20376165  Valley Air Services      321 James Street      Suite 101      Geneva, IL 60134

20376166  Vancouver Airport Authority      P.O. Box 44638      YVR Domestic Terminal RPO      Richmond, BC      V7B 1W2, Canada

20376167  Vector – ASPEN      P.O. Box 787061      Philadelphia, PA 19178

20376168  Vector – Cape Cod Gateway Airport      P.O. Box 787061      Philadelphia, PA 19178

20376169  Vector – East Hampton Airport      P.O. Box 787061      Philadelphia, PA 19178

20376170  Vector – Long Island MacArthur      P.O. Box 787061      Philadelphia, PA 19178

20376171  Vector – Marthas–Vineyard Airport      P.O. Box 787061      Philadelphia, PA 19178

20376172  Vector–Allegheny County Airport      P.O. Box 787061      Philadelphia, PA 19178

20376173  Vector–Boeing Field/King Co      Vector–Boeing Field/King Co,      Philadelphia, PA 19178

20376174  Vector–Cobb County International Airport      P.O. Box 787061      Philadelphia, PA 19178

20376175  Vector–Coeur D'Alene Airport–Pappy Boyin      P.O. Box 787061      Philadelphia, PA 19178

20376176  Vector–Corpus Christi International Airp      P.O. Box 787061      Philadelphia, PA 19178

20376177  Vector–Dallas Love Field      P.O. Box 206427      Dallas, TX 75320

20376178  Vector–Eugene F. Kranz Toledo      Express Airport      P.O. Box 787061      Philadelphia, PA 19178

20376179  Vector–Friedman Memorial Airport      P.O. Box 787061      Philadelphia, PA 19178

20376180  Vector–Glacier Park International Airpor      P.O. Box 787061      Philadelphia, PA 19178

20376181  Vector–Massport      Vector Airport System      Massport Hanscom Field      P.O. Box 787061      Philadelphia, PA 19178

20376182  Vector–Napa County Airport      P.O. Box 787061      Philadelphia, PA 19178

20376183  Vector–Portland Jetport      Vector–Portland Jetport      P.O. Box 787061      Philadelphia, PA 19178

20376184  Vector–Santa Barbara Airport      Vector Airport System–Dallas Love Field      P.O. Box 787061      Philadelphia, PA 19178

20376185  Vector–Sikorsky Airport      P.O. Box 787061      Philadelphia, PA 19178

20376186  Vector–Sonoma County Airport      P.O. Box 787061      Philadelphia, PA 19178

20376187  Vector–Tallahassee      P.O. Box 787061      Philadelphia, PA 19178

20376188  Vector–Texarkana Regional Airport Webb F      P.O. Box 787061      Philadelphia, PA 19178

20376189  Vector–Wilmington Airport      P.O. Box 787061      Philadelphia, PA 19178

20376190  Ventura Air Services      8100 Republic Airport      Farmingdale, NY 11735

20376205  WSI – North Dakota Workforce Safety & In      1600 E Century Ave      Suite 1      P.O. Box 5585      Bismarck, ND 58506

20376192  Wake County Tax Administration      P.O. Box 580084      Charlotte, NC 28258

20376193  Waste Management of Carolinas, Inc.      Winston–Salem Hauling      P.O. Box 42930      Phoenix, AZ 85080

20376194  Wayne County Airport Authority      11050 Rogell Dr      Bldg 602      Detroit, MI 48242

20376195  Web Manuals Inc      900 Third Avenue      29th Floor      New York, NY 10022

20376196  West Michigan Airport Authority      270 S River Avenue,      Holland, MI 49423

20376197  West Point Association of Graduates      698 Mills Road      West Point, NY 10996

20376198  West Star Aviation      #2 Airline Court      East Alton, IL 62024

20376199  Westfield–Barnes Regional Airport      110 Airport Road      Suite 207      Westfield, MA 01085

20376200  Westmoreland County Airport Authority      148 Aviation Lane      Latrobe, PA 15650

20376201  Wilkes County Tax Office      110 North Street      Wilkesboro, NC 28697

20376202  Winnipeg Airports Authority Inc.      249–2000 Wellington Avenue      Winnipeg, MB      R3H 1C2, Canada

20376203  World Fuel Services Inc.      2458 Paysphere Circle      Chicago, IL 60674

20376204  Worth Acquisition Group LLC      File 2214      Pasadena, CA 91199

20376206  Wyndham Championship      3211 Forsyth Drive      Greensboro, NC 27407

20376207  Wyoming Department of Workforce Services      Wyoming Workers Compensation      P.O. Box 20006      Cheyenne, WY 82003

20376208  YourMembship.Com, Inc.      Dept. 3461      P.O. Box 123461      Dallas, TX 75312

20376209  Zwicker & Associates, P.C.      Robert Ross, Esq.      1225 Franklin Ave, Suite 260      Garden City, NY 11530

20376210  Zwicker & Associates, P.C.      Robert Ross, Esq.      285 Davidson Ave Suite 307      Somerset, NJ 08873

TOTAL: 313